AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| New Yorkers Againast Congestion Pricing Tax, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-367 (LJL) |
| United States Department of Transportation, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Dep't of Transportation, Federal Highway Administration, Bhatt, and Marquis.

Date: 02/05/2024

/s/ Zachary Bannon
*Attorney's signature*

AUSA Zachary Bannon
*Printed name and bar number*

USAO - SDNY
86 Chambers St., 3rd Floor
New York, NY 10007
*Address*

Zachary.Bannon@usdoj.gov
*E-mail address*

(212) 637-2728
*Telephone number*

(212) 637-2717
*FAX number*