UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NEW YORKERS AGAINST CONGESTION PRICING TAX, et al.,

                Plaintiffs,

    - against -

UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,

                Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

1:24-cv-00367-LJL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of the undersigned, as attorney to be noticed, on behalf of Defendant, the New York City Department of Transportation, in the above-titled action.

Dated: New York, New York
       February 12, 2024

                                  **SYLVIA O. HINDS-RADIX**
                                  Corporation Counsel of the City of New York

                                  _____
                                  Christian C. Harned
                                  New York City Law Department
                                  100 Church Street
                                  New York, NY 10007
                                  Telephone: (212) 356-1676
                                  chharned@law.nyc.gov

                                  *Attorneys for Defendant the New York City Department of Transportation*