**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

February 14, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (S.D.N.Y.) (LJL)

Dear Judge Liman:

    We write on behalf of Defendants Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority to inform Your Honor of a letter filed today in *Mulgrew v. U.S. Department of Transportation*, No. 24 Civ. 00081 (E.D.N.Y.), attached here as Exhibit A, concerning transfer of that case to this Court.

                                                               Respectfully submitted,

                                                               Roberta A. Kaplan