**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | No. 24 Civ. 367 (LJL) |
| MICHAEL MULGREW, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | No. 24 Civ. 1644 (LJL)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Federal Defendants' Motion to Dismiss the Amended Complaints, the Federal Defendants, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Amended Complaints pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: March 18, 2024
      New York, New York

                                    DAMIAN WILLIAMS
                                    United States Attorney
                                    Southern District of New York

                         By:    /s/ Zachary Bannon
                               ZACHARY BANNON
                               Assistant United States Attorneys
                               86 Chambers Street, Third Floor
                               New York, New York 10007
                               Tel.: (212) 637-2728