UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

NEW YORKERS AGAINST CONGESTION : 
PRICING TAX, *et al.*, :
 :
                              Plaintiffs, :
 :                   No. 1:24-cv-00367-LJL
                 v. :
 :
UNITED STATES DEPARTMENT OF :
TRANSPORTATION, *et al.*, :
 :
                              Defendants. :

------------------------------------------------------------------- x

MICHAEL MULGREW, *et al.*, :
 :
                              Plaintiffs, :
 :
                 v. :                   No. 1:24-cv-01644-LJL
 :
UNITED STATES DEPARTMENT OF :
TRANSPORTATION, *et al.*, :
 :
                              Defendants. :

------------------------------------------------------------------- x

## **DECLARATION OF ANDREW G. FRANK**

I, Andrew G. Frank, declare as follows:

1.     I am an Assistant Attorney General in the New York State Attorney General's Office, counsel for the New York State Department of Transportation (the "Department") in the above-captioned matters.

2.     I submit this declaration in support of the Department's motion to dismiss the Department from the above-captioned matters.

3.      Attached to this declaration as Exhibit A is a true and complete copy of the Executive Summary of the Final Environmental Assessment for the proposed Central Business District Tolling Program, dated April 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2024

_____
Andrew G. Frank
Assistant Attorney General
New York State Attorney General's
    Office
28 Liberty Street
New York, NY 10005
Telephone:  (212) 416-8271
E-mail:      andrew.frank@ag.ny.gov

2