UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORKERS AGAINST CONGESTION
PRICING TAX, *et al.*,

            *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

            *Defendants*.

No. 1:24-CV-00367-LJL

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Kate Harris, hereby depose and state as follows under penalty of perjury:

1. I am an attorney at Kaplan Hecker & Fink LLP.

2. I submit this Affidavit in support of my Motion to Appear Pro Hac Vice in this case.

3. I am in good standing in the bar of the District of Columbia. Certificate of Good Standing is annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court. I was administratively suspended by the DC Bar on October 3, 2023, based upon a failure to pay license fees, and reinstated on October 24, 2023. This was not a disciplinary suspension.

6. There are no disciplinary proceedings presently against me.

7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 19, 2024
New York, New York

NOTARIZED

_Kate Harris_ (signature)
Kate Harris

District of Columbia
Signed and Sworn to (or affirmed) before me on March 19, 2024 (Date)
by Kate Harris
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: _Amy Marie Chen_
Title of Office: Notary Public
My Commission Expires: November 30, 2028

