AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| New Yorkers Against Congestion Pricing Tax, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24 Civ. 367 (LJL) |
| U.S. Dep't of Transportation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Dep't of Transportation, Federal Highway Admininstration, Shailen Bhatt (in official capacity), and Richard J. Marquis (in official capacity).

Date: 04/01/2024

/s/ Dominika Tarczynska
*Attorney's signature*

Dominika Tarczynska
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Address*

dominika.tarczynska@usdoj.gov
*E-mail address*

(212) 637-2748
*Telephone number*

(212) 637-2686
*FAX number*