**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

April 4, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (S.D.N.Y.) (LJL)

Dear Judge Liman:

        We write on behalf of defendants the Metropolitan Transportation Authority ("MTA"), the Triborough Bridge and Tunnel Authority ("TBTA"), and the Traffic Mobility Review Board ("TMRB") to formally notify the Court that the TBTA Board approved the Central Business District ("CBD") toll rates on March 27, 2024. The approved toll rates align with the rates recommended by the TMRB on November 30, 2023.

        Further details of the approved toll rates are available on the MTA's CBD tolling website: https://congestionreliefzone.mta.info/tolling.

        Nonetheless, for the reasons set forth in support of defendants' Partial Motion to Dismiss, plaintiffs' State Administrative Procedure Act claim remains unripe for judicial review. *See* ECF No. 63 at 10–12.

Respectfully submitted,

Roberta A. Kaplan