UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORKERS AGAINST
CONGESTION PRICING TAX, *et al.*,

                *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                *Defendants*.

Case No. 1:24-cv-00367-LJL

**DECLARATION OF JACK L. LESTER, ESQ. IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

    I, Jack L. Lester, Esq., pursuant to 28 U.S.C. § 1746, hereby declares as follows:

    1.    I am a member of the bar of the State of New York and am admitted to appear before this Court. I am counsel to Plaintiffs in the above captioned action.

    2.    I respectfully submit this declaration in opposition to Defendants' motion to dismiss the Amended Complaint.

    3.    Attached hereto as **Exhibit A i**s a true and correct copy of the Congestion Pricing Resolution adopted by the Metropolitan Transportation Authority ("MTA"), on March 27, 2024.

    4.    Attached hereto as **Exhibit B** is a true and correct copy of TBTA's notice of public hearings published in the State Register on December 27, 2023 .

Dated:    New York, New York
           April 5, 2024

                                                            */s/ Jack Lester*
                                                            Jack L. Lester, Esq.