UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2024
```

MICHAEL MULGREW, as President of the UNITED
FEDERATION OF TEACHERS, Local 2, American
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA,
individually and in his capacity as Staten Island Borough
President, PAUL CAMINITI, TROY McGHIE,
MARTHA MAZIER, CARLY BIANCHINI, HANNAH
CHOI, FRANK GARCIA, LINDSEY LAMPF,

                       Plaintiffs,

      -v-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, FEDERAL HIGHWAY
ADMINISTRATION, SHAILEN BHATT, in his official
capacity as Administrator of the Federal Highway
Administration, RICHARD J. MARQUIS, in his official
capacity as Division Administrator of the New York
Division of the Federal Highway Administration, the
METROPOLITAN TRANSIT AUTHORITY, the
TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY, the NEW YORK STATE
DEPARTMENT OF TRANSPORTATION, the NEW
YORK CITY DEPARTMENT OF TRANSPORTATION

                       Defendants.
------------------------------------------------------------------

24-cv-1644 (LJL)
24-cv-367 (LJL)
23-cv-10365 (LJL)

ORDER

NEW YORKERS AGAINST CONGESTION
PRICING TAX, DANNY BUZZETTA, DR. GREGOR
WINKEL, LEE BERMAN, MEREDITH LeVANDE,
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN
FREED, TREVER HOLLAND, RICKY YANG, PAUL
ENG, BARUCH WEISS, ROBERT FRIEDRICH,
KEVIN FORRESTAL, WARREN SCHREIBER,
CHRISTOPHER RYAN, BEN MASON, DENNIS
ROSARIO, RABBI Y.S. GINZBERG, JACOB
ENGLANDER, AARON GONZALEZ, HOWARD
CHIN, ELAINE LA PENNA, THOMAS ANTHONY
SCARPACI, COUNCILMEMBER JOSEPH C.
BORELLI, COUNCILMEMBER KRISTY
MARMORATO, COUNCILMEMBER VICKIE
PALADINO, COUNCILMEMBER JOANN ARIOLA,


| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, COUNCILMEMBER KALMAN YEGER, COUNCILMEMBER INNA VERNIKOV, COUNCILMEMBER DAVID CARR, COUNCILMEMBER ROBERT F. HOLDEN, and ASSEMBLYMEMBER DAVID WEPRIN, individually and on behalf of all others similarly situated, | : : : : : : : : |
| Plaintiffs, | : |
| -v- | : : |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, METROPOLITAN TRANSPORTATION AUTHORITY, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, NEW YORK STATE DEPARTMENT OF TRANSPORTATION, NEW YORK CITY DEPARTMENT OF TRANSPORTATION and TRAFFIC MOBILITY REVIEW BOARD, | : : : : : : : : : : : : : : : |
| Defendants. | : |

-------------------------------------------------------------------X

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES 1 through 200, | : : : |
| Plaintiffs, | : |
| -v- | : : |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, LISA GARCIA, in her official capacity, STEPHEN GOODMAN, in his official capacity, ALLISON L.C. DE CERRENO Ph.D., in her official capacity, NICHOLAS A. CHOUBAH, P.E., in his official capacity, WILLIAM | : : : : : : : : : : : : : |

| | |
|---|---|
| J. CARRY, in his official capacity, and DOES 1 through 10. | : |
| | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Oral argument in the above-captioned cases shall begin at 9:00 A.M. on May 17, 2024, and shall continue to 5:00 P.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. There will be a fifteen-minute break in the mid-morning and mid-afternoon, and a break of no more than one hour for lunch.  The Court will also issue a plan of argument prior to the oral argument.

      SO ORDERED.

Dated: April 16, 2024  
      New York, New York

                                                     LEWIS J. LIMAN  
                                                     United States District Judge