

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 17, 2024

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

    Re:    *New Yorkers Against Congestion Pricing Tax v. U.S.D.O.T.,* 24-cv-367 (LJL)
              *Mulgrew v. U.S.D.O.T.*, 24-cv-1644 (LJL)

Dear Judge Liman:

    We write on behalf of Defendants the United States Department of Transportation ("DOT"), the Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of FHWA, and Richard J. Marquis, in his official capacity as Division Administrator of the New York Division of FHWA (collectively, the "Federal Defendants") to request a 5-page extension of the page limit (for a total of 15 pages) on Federal Defendants' reply brief in support of its motions to dismiss filed in the above-referenced matters.

    Federal Defendants are filing a single reply brief to respond to the 20-page opposition brief filed in *New Yorkers Against Congestion Pricing Tax v. U.S.D.O.T.,* 24-cv-367 (LJL) ("*NYACPT*"), and the 41-page opposition brief filed in *Mulgrew v. U.S.D.O.T.*, 24-cv-1644 (LJL).[1] The parties previously set forth their agreed-upon page limits in a letter dated March 27, 2024, *Mulgrew,* ECF No. 58, which was so-ordered by the Court, *see Chan v. U.S.D.O.T*, 23-cv-10365 (LJL), ECF No. 57. We respectfully request the additional five pages to allow the Federal Defendants to adequately and fully address the factual and legal issues presented in the two opposition briefs. Plaintiffs in both matters consent to the Federal Defendants' requested page extension.

    Thank you for your consideration of this matter.

                                                                             Respectfully,

                                                                             DAMIAN WILLIAMS
                                                                             United States Attorney

---

[1] Approximately 7 pages of the *NYACPT* brief and 6 pages of the *Mulgrew* brief address issues related to other defendants that are not the subject of the Federal Defendants motion to dismiss.

By: */s/ Dominika Tarczynska*
ZACHARY BANNON
DOMINIKA TARCZYNSKA
Assistant United States Attorneys
Tel. (212) 637-2728/2748
Zachary.bannon@usdoj.gov
dominika.tarczynska@usdoj.gov
*Attorney for Federal Defendants*