```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MICHAEL MULGREW, as President of the UNITED                        :
FEDERATION OF TEACHERS, Local 2, American                          :
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA,                 :
individually and in his capacity as Staten Island Borough          :     24-cv-1644 (LJL)
President, PAUL CAMINITI, TROY McGHIE,                             :     24-cv-367 (LJL)
MARTHA MAZIER, CARLY BIANCHINI, HANNAH                             :     23-cv-10365 (LJL)
CHOI, FRANK GARCIA, LINDSEY LAMPF,                                 :
                                                                   :          ORDER
                          Plaintiffs,                              :
         -v-                                                       :
                                                                   :
UNITED STATES DEPARTMENT OF                                        :
TRANSPORTATION, FEDERAL HIGHWAY                                    :
ADMINISTRATION, SHAILEN BHATT, in his official                     :
capacity as Administrator of the Federal Highway                   :
Administration, RICHARD J. MARQUIS, in his official                :
capacity as Division Administrator of the New York                 :
Division of the Federal Highway Administration, the                :
METROPOLITAN TRANSIT AUTHORITY, the                                :
TRIBOROUGH BRIDGE AND TUNNEL                                       :
AUTHORITY, the NEW YORK STATE                                      :
DEPARTMENT OF TRANSPORTATION, the NEW                              :
YORK CITY DEPARTMENT OF TRANSPORTATION                             :
                                                                   :
                          Defendants.                              :
-------------------------------------------------------------------:
                                                                   :
NEW YORKERS AGAINST CONGESTION                                     :
PRICING TAX, DANNY BUZZETTA, DR. GREGOR                            :
WINKEL, LEE BERMAN, MEREDITH LeVANDE,                              :
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN                               :
FREED, TREVER HOLLAND, RICKY YANG, PAUL                            :
ENG, BARUCH WEISS, ROBERT FRIEDRICH,                               :
KEVIN FORRESTAL, WARREN SCHREIBER,                                 :
CHRISTOPHER RYAN, BEN MASON, DENNIS                                :
ROSARIO, RABBI Y.S. GINZBERG, JACOB                                :
ENGLANDER, AARON GONZALEZ, HOWARD                                  :
CHIN, ELAINE LA PENNA, THOMAS ANTHONY                              :
SCARPACI, COUNCILMEMBER JOSEPH C.                                  :
BORELLI, COUNCILMEMBER KRISTY                                      :
MARMORATO, COUNCILMEMBER VICKIE                                    :
PALADINO, COUNCILMEMBER JOANN ARIOLA,                              :
```

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 5/10/2024

Case 1:23-cv-10365-LJL   Document 87   Filed 05/10/24   Page 2 of 3

| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, COUNCILMEMBER KALMAN YEGER, COUNCILMEMBER INNA VERNIKOV, COUNCILMEMBER DAVID CARR, COUNCILMEMBER ROBERT F. HOLDEN, and ASSEMBLYMEMBER DAVID WEPRIN, individually and on behalf of all others similarly situated, | : : : : : : : : |
| Plaintiffs, | : |
| -v- | : : |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, METROPOLITAN TRANSPORTATION AUTHORITY, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, NEW YORK STATE DEPARTMENT OF TRANSPORTATION, NEW YORK CITY DEPARTMENT OF TRANSPORTATION and TRAFFIC MOBILITY REVIEW BOARD, | : : : : : : : : : : : : : : : |
| Defendants. | : |

-------------------------------------------------------------------X

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES 1 through 200, | : : : |
| Plaintiffs, | : |
| -v- | : : |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, LISA GARCIA, in her official capacity, STEPHEN GOODMAN, in his official capacity, ALLISON L.C. DE CERRENO Ph.D., in her official capacity, NICHOLAS A. CHOUBAH, P.E., in his official capacity, WILLIAM | : : : : : : : : : : : : : |

2

| | |
|---|---|
| J. CARRY, in his official capacity, and DOES 1 through 10. | : : : |
| Defendants. | : : |
| ------------------------------------------------------------------X | |

LEWIS J. LIMAN, United States District Judge:

The May 17, 2024 oral argument in the above-captioned cases shall proceed according to the following schedule:

- From 9:00 A.M. to 1:00 P.M., the Court will hear oral argument from the Plaintiffs and Defendants (except for Stephanie Winkelhake) in *Chan*, 23-cv-10365, regarding the motions at 23-cv-10365, Dkt. Nos. 54, 64 and 67.  There will be a 15-minute break at approximately 10:30 A.M.

- From 2:00 P.M. to 4:00 P.M., the Court will hear oral argument from the Plaintiffs and Defendants (except for the New York State Department of Transportation) in *New Yorkers*, 24-cv-367, and *Mulgrew*, 24-cv-1644, regarding the motions at 24-cv-367, Dkt. Nos. 57 and 62, and 24-cv-1644, Dkt. Nos. 47 and 52.

- From 4:10 P.M. to 5:10 P.M., the Court will hear oral argument from the Plaintiffs in *Chan*, 23-cv-10365, *New Yorkers*, 24-cv-367, and *Mulgrew*, 24-cv-1644, and Defendants Stephanie Winkelhake and the New York State Department of Transportation regarding the motions at 23-cv-10365, Dkt. No. 61, 24-cv-367, Dkt. No. 59, and 24-cv-1644, Dkt. Nos. 49 and 63.

Within each of these periods, time shall be evenly divided between the relevant Plaintiffs, on the one hand, and the relevant Defendants, on the other.  The Court will not hear oral argument from *amici*.

SO ORDERED.

Dated: May 10, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

3