```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                               :
MICHAEL MULGREW, as President of the UNITED                    :
FEDERATION OF TEACHERS, Local 2, American                      :
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA,             :
individually and in his capacity as Staten Island Borough      :      24-cv-1644 (LJL)
President, PAUL CAMINITI, TROY McGHIE,                         :      24-cv-367 (LJL)
MARTHA MAZIER, CARLY BIANCHINI, HANNAH                         :      23-cv-10365 (LJL)
CHOI, FRANK GARCIA, LINDSEY LAMPF,                             :
                                                               :                ORDER
                        Plaintiffs,                            :
        -v-                                                    :
                                                               :
UNITED STATES DEPARTMENT OF                                    :
TRANSPORTATION, FEDERAL HIGHWAY                                :
ADMINISTRATION, SHAILEN BHATT, in his official                 :
capacity as Administrator of the Federal Highway               :
Administration, RICHARD J. MARQUIS, in his official            :
capacity as Division Administrator of the New York             :
Division of the Federal Highway Administration, the            :
METROPOLITAN TRANSIT AUTHORITY, the                            :
TRIBOROUGH BRIDGE AND TUNNEL                                   :
AUTHORITY, the NEW YORK STATE                                  :
DEPARTMENT OF TRANSPORTATION, the NEW                          :
YORK CITY DEPARTMENT OF TRANSPORTATION                         :
                                                               :
                        Defendants.                            :
-------------------------------------------------------------------:
                                                               :
NEW YORKERS AGAINST CONGESTION                                 :
PRICING TAX, DANNY BUZZETTA, DR. GREGOR                        :
WINKEL, LEE BERMAN, MEREDITH LeVANDE,                          :
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN                           :
FREED, TREVER HOLLAND, RICKY YANG, PAUL                        :
ENG, BARUCH WEISS, ROBERT FRIEDRICH,                           :
KEVIN FORRESTAL, WARREN SCHREIBER,                             :
CHRISTOPHER RYAN, BEN MASON, DENNIS                            :
ROSARIO, RABBI Y.S. GINZBERG, JACOB                            :
ENGLANDER, AARON GONZALEZ, HOWARD                              :
CHIN, ELAINE LA PENNA, THOMAS ANTHONY                          :
SCARPACI, COUNCILMEMBER JOSEPH C.                              :
BORELLI, COUNCILMEMBER KRISTY                                  :
MARMORATO, COUNCILMEMBER VICKIE                                :
PALADINO, COUNCILMEMBER JOANN ARIOLA,                          :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024

| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, | : |
| COUNCILMEMBER KALMAN YEGER, | : |
| COUNCILMEMBER INNA VERNIKOV, | : |
| COUNCILMEMBER DAVID CARR, | : |
| COUNCILMEMBER ROBERT F. HOLDEN, and | : |
| ASSEMBLYMEMBER DAVID WEPRIN, individually | : |
| and on behalf of all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, | : |
| METROPOLITAN TRANSPORTATION AUTHORITY, | : |
| TRIBOROUGH BRIDGE AND TUNNEL | : |
| AUTHORITY, NEW YORK STATE DEPARTMENT | : |
| OF TRANSPORTATION, NEW YORK CITY | : |
| DEPARTMENT OF TRANSPORTATION and | : |
| TRAFFIC MOBILITY REVIEW BOARD, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------X

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES | : |
| 1 through 200, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, LISA | : |
| GARCIA, in her official capacity, STEPHEN | : |
| GOODMAN, in his official capacity, ALLISON L.C. DE | : |
| CERRENO Ph.D., in her official capacity, NICHOLAS | : |
| A. CHOUBAH, P.E., in his official capacity, WILLIAM | : |

| | |
|---|---|
| J. CARRY, in his official capacity, and DOES 1 through 10. | : |
| | : |
| | : |
| Defendants. | : |
| ---------------------------------------------------------------X | |

LEWIS J. LIMAN, United States District Judge:

    The parties shall file letters on the dockets in the above-caption cases by June 17, 2024 indicating whether any party believes the case is now moot or the motions no longer require decision.

    SO ORDERED.

Dated: June 10, 2024  
       New York, New York

                                           LEWIS J. LIMAN  
                                      United States District Judge