

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

June 12, 2024

BY CM/ECF
The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Chan v. U.S. Department of Transportation*,
              No. 1:23-cv-10365-LJL
            *Mulgrew v. U.S. Department of Transportation*,
              No. 1:24-cv-01644-LJL
            *New Yorkers Against Congestion Pricing Tax v. U.S. Department of Transportation*,
              No. 1:24-cv-00367-LJL

Dear Judge Liman:

      Our office represents defendants New York State Department of Transportation and its chief engineer, Stephanie Winkelhake (collectively, the "Department"), in the above-referenced matters. We write to state that the Department joins in the letter filed yesterday in those three actions by the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. *Chan* ECF No. 93; *Mulgrew* ECF No. 80; *New Yorkers Against* ECF No. 87. Accordingly, the Department respectfully requests that the Court grant it the relief requested in that letter as relates to the three above-referenced matters.

                                              Respectfully submitted,

                                              Andrew G. Frank
                                              Assistant Attorney General

c:      All counsel of record (by CM/ECF)