```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
MICHAEL MULGREW, as President of the UNITED                          :
FEDERATION OF TEACHERS, Local 2, American                            :
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA,                   :
individually and in his capacity as Staten Island Borough            :      24-cv-1644 (LJL)
President, PAUL CAMINITI, TROY McGHIE,                               :      24-cv-367 (LJL)
MARTHA MAZIER, CARLY BIANCHINI, HANNAH                               :      23-cv-10365 (LJL)
CHOI, FRANK GARCIA, LINDSEY LAMPF,                                   :
                                                                     :             ORDER
                              Plaintiffs,                            :
        -v-                                                          :
                                                                     :
UNITED STATES DEPARTMENT OF                                          :
TRANSPORTATION, FEDERAL HIGHWAY                                      :
ADMINISTRATION, SHAILEN BHATT, in his official                       :
capacity as Administrator of the Federal Highway                     :
Administration, RICHARD J. MARQUIS, in his official                  :
capacity as Division Administrator of the New York                   :
Division of the Federal Highway Administration, the                  :
METROPOLITAN TRANSIT AUTHORITY, the                                  :
TRIBOROUGH BRIDGE AND TUNNEL                                         :
AUTHORITY, the NEW YORK STATE                                        :
DEPARTMENT OF TRANSPORTATION, the NEW                                :
YORK CITY DEPARTMENT OF TRANSPORTATION                               :
                                                                     :
                              Defendants.                            :
-------------------------------------------------------------------- :
                                                                     :
NEW YORKERS AGAINST CONGESTION                                       :
PRICING TAX, DANNY BUZZETTA, DR. GREGOR                              :
WINKEL, LEE BERMAN, MEREDITH LeVANDE,                                :
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN                                 :
FREED, TREVER HOLLAND, RICKY YANG, PAUL                              :
ENG, BARUCH WEISS, ROBERT FRIEDRICH,                                 :
KEVIN FORRESTAL, WARREN SCHREIBER,                                   :
CHRISTOPHER RYAN, BEN MASON, DENNIS                                  :
ROSARIO, RABBI Y.S. GINZBERG, JACOB                                  :
ENGLANDER, AARON GONZALEZ, HOWARD                                    :
CHIN, ELAINE LA PENNA, THOMAS ANTHONY                                :
SCARPACI, COUNCILMEMBER JOSEPH C.                                    :
BORELLI, COUNCILMEMBER KRISTY                                        :
MARMORATO, COUNCILMEMBER VICKIE                                      :
PALADINO, COUNCILMEMBER JOANN ARIOLA,                                :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024

| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, | : |
| COUNCILMEMBER KALMAN YEGER, | : |
| COUNCILMEMBER INNA VERNIKOV, | : |
| COUNCILMEMBER DAVID CARR, | : |
| COUNCILMEMBER ROBERT F. HOLDEN, and | : |
| ASSEMBLYMEMBER DAVID WEPRIN, individually | : |
| and on behalf of all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, | : |
| METROPOLITAN TRANSPORTATION AUTHORITY, | : |
| TRIBOROUGH BRIDGE AND TUNNEL | : |
| AUTHORITY, NEW YORK STATE DEPARTMENT | : |
| OF TRANSPORTATION, NEW YORK CITY | : |
| DEPARTMENT OF TRANSPORTATION and | : |
| TRAFFIC MOBILITY REVIEW BOARD, | : |
| | : |
| Defendants. | : |
| ---------------------------------------------------------------------X | |
| | : |
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES | : |
| 1 through 200, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, LISA | : |
| GARCIA, in her official capacity, STEPHEN | : |
| GOODMAN, in his official capacity, ALLISON L.C. DE | : |
| CERRENO Ph.D., in her official capacity, NICHOLAS | : |
| A. CHOUBAH, P.E., in his official capacity, WILLIAM | : |

| | |
|---|---|
| J. CARRY, in his official capacity, and DOES 1 through 10. | : |
| | : |
| | : |
| Defendants. | : |
| ---------------------------------------------------------------------X | |

LEWIS J. LIMAN, United States District Judge:

      The parties shall confer and file a proposed schedule by June 27, 2024 for supplemental briefing on how the FHWA's June 14, 2024 reevaluation affects the pending motions regarding Count Two in each of the above-captioned cases.  The proposed schedule shall include the compilation and circulation of a supplemental appendix with the reevaluation and accompanying appendices.

      SO ORDERED.

Dated: June 18, 2024
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge