UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x

NEW YORKERS AGAINST CONGESTION : 
PRICING TAX, *et al.*, :
:
                      Plaintiffs, :
                      : No. 24-cv-367-LJL
                v. :
:
UNITED STATES DEPARTMENT OF :
TRANSPORTATION, *et al.*, :
:
                    Defendants. x

---------------------------------------------------------------------

### STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME TO ANSWER

      The parties to this action hereby stipulate that the date for defendants, the

Metropolitan Transportation Authority, the Traffic Mobility Review Board, and the

Triborough Bridge and Tunnel Authority, to answer or otherwise respond to the

amended complaint in this matter [ECF No. 54] is extended from the current date of

July 5, 2024 to and including August 30, 2024.

   Dated: July 3, 2024                   THE LAW OFFICE OF JACK L.
                                          LESTER, ESQ.

                                By:_____
                                Jack Lester
                                41 Squaw Road
                                East Hampton, NY 11937
                                631-604-2228
                                jllcomlaw@aol.com

                                *Counsel for Plaintiffs*

Dated: July 3, 2024

DAMIAN WILLIAMS
United States Attorney


By: _____   By EK
   Zachary Bannon
   Dominika Tarczynska
   Assistant United States Attorneys
   86 Chambers Street, Third Floor
   New York, New York  10007
   (212) 637-2728
   Zachary.Bannon@usdoj.gov

*Counsel for the Federal Defendants*


Dated: July 3, 2024

SIVE, PAGET & RIESEL. P.C


By: _____
   Elizabeth Knauer
    Mark A. Chertok
   John F. Nelson
   560 Lexington Avenue, 15th Floor
   New York, New York10022
   (646) 378-7272
   eknauer@sprlaw.com
   mchertok@sprlaw.com
   jnelson@sprlaw.com

*Counsel for Defendants Metropolitan*
*Transportation Authority, the Traffic*
*Mobility Review Board, and the*
*Triborough Bridge and Tunnel Authority*

Dated: July 3, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of
New York

By:_____
　　Christian Harned
　　Assistant Corporation Counsel
　　Environmental Law Division
　　New York City Law Department
　　100 Church Street
　　New York, New York 10007-2601
　　212-356-1676
　　chharned@law.nyc.gov

*Counsel for Defendant New York City
Department of Transportation*

SO ORDERED:

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated:_____