UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

NEW YORKERS AGAINST CONGESTION
PRICING TAX, *et al.*,

        Plaintiffs,

     v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

        Defendants.

------------------------------------------------------------------------ x

No. 24-cv-367-LJL

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER**

  The parties to this action hereby stipulate that the date for defendants, the Metropolitan Transportation Authority, the Traffic Mobility Review Board, and the Triborough Bridge and Tunnel Authority, to answer or otherwise respond to the amended complaint in this matter [ECF No. 54] is extended from the current date of July 5, 2024 to and including August 30, 2024.

Dated: July 3, 2024

           THE LAW OFFICE OF JACK L.
           LESTER, ESQ.

           By: _____
           Jack Lester
           41 Squaw Road
           East Hampton, NY 11937
           631-604-2228
           jllcomlaw@aol.com

           *Counsel for Plaintiffs*

Dated: July 3, 2024                                DAMIAN WILLIAMS
                                                   United States Attorney

                                                   By: _____  By EK_____
                                                   Zachary Bannon
                                                   Dominika Tarczynska
                                                   Assistant United States Attorneys
                                                   86 Chambers Street, Third Floor
                                                   New York, New York  10007
                                                   (212) 637-2728
                                                   Zachary.Bannon@usdoj.gov

                                                   *Counsel for the Federal Defendants*

Dated: July 3, 2024                                SIVE, PAGET & RIESEL. P.C

                                                   By: _____
                                                   Elizabeth Knauer
                                                    Mark A. Chertok
                                                   John F. Nelson
                                                   560 Lexington Avenue, 15th Floor
                                                   New York, New York10022
                                                   (646) 378-7272
                                                   eknauer@sprlaw.com
                                                   mchertok@sprlaw.com
                                                   jnelson@sprlaw.com

                                                   *Counsel for Defendants Metropolitan
                                                   Transportation Authority, the Traffic
                                                   Mobility Review Board, and the
                                                   Triborough Bridge and Tunnel Authority*

Dated: July 3, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New York

By: _____
Christian Harned
Assistant Corporation Counsel
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007-2601
212-356-1676
chharned@law.nyc.gov

*Counsel for Defendant New York City Department of Transportation*

SO ORDERED:

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: July 3, 2024

3