UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORKERS AGAINST CONGESTION PRICING TAX, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> *Defendants*. | No. 1:24-cv-00367 (LJL) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants The Metropolitan Transportation Authority, the Traffic Mobility Review Board, and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: August 8, 2024 <br> New York, New York | Respectfully submitted, <br><br> /s/ D. Brandon Trice <br> D. Brandon Trice <br> KAPLAN MARTIN LLP <br> 156 West 56th Street, Suite 207 <br> New York, New York 10019 <br> Tel.: (212) 316-9500 <br> btrice@kaplanmartin.com <br><br> *Counsel for Defendants The Metropolitan Transportation Authority, The Traffic Mobility Review Board, and the Triborough Bridge and Tunnel Authority* |