**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NEW YORKERS AGAINST CONGESTION
PRICING TAX, et al.,

                    *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

                    *Defendants*.

No. 1:24-cv-00367 (LJL)

---

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants The Metropolitan Transportation Authority, The Traffic Mobility Review Board, and The Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: September 30, 2024
      New York, New York

Respectfully submitted,

/s/ Maximilian T. Crema
Maximilian T. Crema
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10019
Tel.: (212) 316-9500
mcrema@kaplanmartin.com

*Counsel for Defendants The Metropolitan Transportation Authority, The Traffic Mobility Review Board, and The Triborough Bridge and Tunnel Authority*