# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*,<br><br>                *Plaintiffs*,<br>     v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>                *Defendants*. | Case No. 1:23-cv-10365 (LJL)<br>Case No. 1:24-cv-01644 (LJL)<br>Case No. 1:24-cv-00367 (LJL)<br>Case No. 1:24-cv-04111 (LJL) |
| MICHAEL MULGREW, *et al.*,<br><br>                *Plaintiffs*,<br>     v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>                *Defendants*. | **NOTICE OF OMNIBUS MOTION TO DISMISS THE CONSTITUTIONAL CLAIMS BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, THE TRAFFIC MOBILITY REVIEW BOARD, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, AND WILLIAM J. CARRY** |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*,<br><br>                *Plaintiffs*,<br>     v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>                *Defendants*. | **ORAL ARGUMENT REQUESTED** |

TRUCKING ASSOCIATION OF NEW YORK,

                          *Plaintiff*,

      v.

METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,

                          *Defendants*.

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, the Traffic Mobility Review Board ("TMRB"), the New York City Department of Transportation ("NYCDOT"), and William J. Carry in his official capacity as Assistant Commissioner for Policy for the NYCDOT's Omnibus Motion to Dismiss the Constitutional Claims and all other papers and proceedings herein, Defendants, by and through their counsel, will move this Court before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts Four, Five, and Six in *Chan v. United States Department of Transportation*, No. 23 Civ. 10365; Counts Four, Five, and Six in *Mulgrew v. United States Department of Transportation*, No. 24 Civ. 1644; Count Five and, in all events, the TMRB as a Defendant in connection with Count Five, in *New Yorkers Against Congestion Pricing Tax v. United States Department of Transportation*, No. 24 Civ. 367; and Counts One, Two, and Three in *Trucking Association of New York v. Metropolitan Transportation Authority*, No. 24 Civ. 4111.

Dated: September 30, 2024
   New York, New York

Respectfully submitted,

*/s/ Joshua A. Matz*
Joshua A. Matz
Kate Harris (*admitted pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington DC, 20001
(212) 763-0883
jmatz@heckerfink.com
kharris@heckerfink.com


Gabrielle E. Tenzer
Ian Robertson (*admission pending*)
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
gtenzer@heckerfink.com


*/s/ Mark A. Chertok*
Mark A. Chertok
Elizabeth Knauer
John F. Nelson
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, New York 10022
(212) 421-2150
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com


*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10019
(212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com

3

*Counsel for Defendants the
Metropolitan Transportation Authority,
the Triborough Bridge and Tunnel Authority,
and the Traffic Mobility Review Board*


MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of
New York

By: */s/ Nathan Taylor*
    Nathan Taylor
    Senior Counsel
    Environmental Law Division
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-2315
    ntaylor@law.nyc.gov

*Counsel for Defendants the New York City
Department of Transportation and William J.
Carry in his official capacity as Assistant
Commissioner for Policy for the New York
City Department of Transportation*