**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ELIZABETH CHAN, *et al.*,

      *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

      *Defendants*.

---

MICHAEL MULGREW, *et al.*,

      *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

      *Defendants*.

---

NEW YORKERS AGAINST
CONGESTION PRICING TAX, *et al.*,

      *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

      *Defendants*.

Case No. 1:23-cv-10365 (LJL)
Case No. 1:24-cv-01644 (LJL)
Case No. 1:24-cv-00367 (LJL)
Case No. 1:24-cv-04111 (LJL)

TRUCKING ASSOCIATION OF NEW YORK,

*Plaintiff*,

v.

METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,

*Defendants*.

## STIPULATION AND ORDER

Upon the request of Plaintiffs in *Chan v. United States Department of Transportation,* No. 23 Civ. 10365 (S.D.N.Y.) (LJL) ("*Chan*"), *Mulgrew v. United States Department of Transportation*, No. 24 Civ. 1644 (S.D.N.Y.) (LJL) ("*Mulgrew*"), and *Trucking Association of New York v. Metropolitan Transportation Authority*, No. 24 Civ. 4111 (S.D.N.Y.) (LJL) ("*Trucking*"), the relevant parties in the above-captioned actions hereby stipulate that the date for Plaintiffs' oppositions to the motions to dismiss the constitutional claims, *see Chan*, ECF 115, 117; *Mulgrew*, ECF 102, 104; *New Yorkers Against Congestion Pricing Tax v. United States Department of Transportation*, No. 24 Civ. 367 (S.D.N.Y.) (LJL), ECF 105; *Trucking*, ECF 60, 62, is extended from the current date of October 15, 2024 to on or before November 15, 2024, and the deadline for Defendants' and Intervenor's replies in further support of their motions is extended from the current date of October 22, 2024 to on or before December 23, 2024.

1

Dated: October 10, 2024                    STEPTOE LLC


                                           By: */s/ Alan M. Klinger*
                                               Alan M. Klinger
                                               1114 Avenue of the Americas
                                               New York, New York 10036
                                               (212) 506-3900
                                               aklinger@steptoe.com

                                           *Counsel for Plaintiffs in Chan and Mulgrew*


Dated: October 10, 2024                    THE LAW OFFICE OF JACK L. LESTER,
                                           ESQ.


                                           By:
                                               Jack Lester
                                               41 Squaw Road
                                               East Hampton, NY 11937
                                               631-604-2228
                                               jllcomlaw@aol.com

                                           *Counsel for Plaintiffs in New Yorkers*


Dated: October 10, 2024                    MONACO, COOPER, LAMME & CARR
                                           PLLC


                                           By:  */s/ Jonathan E. Hansen*
                                               Jonathan E. Hansen
                                               1881 Western Avenue, Suite 200
                                               Albany, New York 12203
                                               jhansen@mclclaw.com

                                           *Counsel for Plaintiffs in Trucking*


                                    2

Dated: October 10, 2024                          HECKER FINK LLP


                                                 By: /s/ Joshua A. Matz
                                                     Joshua A. Matz
                                                     Hecker Fink LLP
                                                     1050 K Street NW, Suite 1040
                                                     Washington DC, 20001
                                                     (212) 763-0883
                                                     jmatz@heckerfink.com

                                                 *Counsel for Defendants the
                                                 Metropolitan Transportation Authority,
                                                 the Triborough Bridge and Tunnel Authority,
                                                 and the Traffic Mobility Review Board*



Dated: October 10, 2024                          LETITIA JAMES
                                                 Attorney General of the State of New York


                                                 By: /s/ Andrew G. Frank
                                                     Andrew G. Frank
                                                     Assistant Attorney General
                                                     N.Y.S. Attorney General's Office
                                                     28 Liberty Street
                                                     New York, New York 10005
                                                     (212) 416-8271
                                                     andrew.frank@ag.ny.gov

                                                 *Counsel for Defendant Stephanie Winkelhake,
                                                 P.E., in her official capacity as Chief Engineer
                                                 of the New York State Department of
                                                 Transportation, and for Intervenor Attorney
                                                 General Letitia James*

Dated: October 10, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New
York

By: _/s/ Nathan Taylor_
     Nathan Taylor
     Senior Counsel
     Environmental Law Division
     New York City Law Department
     100 Church Street
     New York, NY 10007
     (212) 356-2315
     ntaylor@law.nyc.gov

*Counsel for Defendants the New York City
Department of Transportation and William J.
Carry in his official capacity as Assistant
Commissioner for Policy for the New York City
Department of Transportation*

SO ORDERED:

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2024

4