

Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019

(212) 316-9500
rkaplan@kaplanmartin.com

November 14, 2024

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

      Re:    *Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (S.D.N.Y.); *Mulgrew v. U.S. Dep't of Transp.*, No. 24 Civ. 1644 (S.D.N.Y.); *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (S.D.N.Y.); *Trucking Ass'n of N.Y. v. Metro. Transp. Auth.*, No. 24 Civ. 4111 (S.D.N.Y.)

Dear Judge Liman:

      We write on behalf of Defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA," collectively, the "MTA Defendants") to provide an update concerning the Central Business District Congestion Pricing Program (the "Program").

      Earlier today, Governor Kathy Hochul announced a proposal to proceed with the Program, but with the toll structure adopted by the Triborough Bridge and Tunnel Authority ("TBTA") Board in March to be phased in over several years, with proportionally lower toll rates for all vehicle classes in the first six years of the program. This proposal will be subject to a TBTA Board vote, reevaluation by the Federal Highway Administration ("FHWA") to ensure compliance with the National Environmental Policy Act ("NEPA"), and the execution of a tolling agreement between FHWA and the Project Sponsors (TBTA and the New York State and City Departments of Transportation) pursuant to the Value Pricing Pilot Program. The Governor announced a goal of completing these steps in the near future so that tolling can commence by the beginning of 2025.

      Of course, we would be happy to address any questions that the Court may have or to provide further information concerning the Program.

2

                                              Respectfully submitted,

                                              Roberta A. Kaplan

cc:    Counsel of Record (via ECF)