

November 20, 2024

Mr. Richard Marquis
Division Administrator
Federal Highway Administration New York Division
Leo W. O'Brien Federal Building
11A Clinton Avenue, Suite 719
Albany, NY 12207

Re: **Central Business District Tolling Program, Reevaluation 2 for Consistency with the April 2023 Final Environmental Assessment**

Dear Administrator Marquis:

The Project Sponsors (the New York State Department of Transportation, the Triborough Bridge and Tunnel Authority ("TBTA") and the New York City Department of Transportation) for the Central Business District Tolling Program are submitting the required Reevaluation 2 for Federal Highway Administration (FHWA) approval. The Reevaluation was prepared consistent with 23 C.F.R. §771.129 and assessed the effects of the tolling structure adopted by the TBTA Board to determine whether the effects are within the range of effects disclosed in the April 2023 Final Environmental Assessment and whether the mitigation set forth in the June 2023 Finding of No Significant Impact is still valid.

You may access Reevaluation 2 here: [2024-11-20 Re-Evaluation 2](#). We would like to acknowledge and thank you and your colleagues once again for your continued guidance, input, and support throughout this process.

We are excited to have reached this critical milestone. We believe this Reevaluation 2 fulfills our commitment and obligation as required by the National Environmental Policy Act (NEPA) process and look forward to your response.

Sincerely,

Stephanie Winkelhake, P.E.
Chief Engineer
New York State Department
of Transportation

Allison C. de Cerreño, Ph.D.
Chief Operating Officer
MTA Bridges and Tunnels

Eric Beaton
Deputy Commissioner for
Transportation Planning and
Management
New York City Department
of Transportation

CC   Monica Pavlik, FHWA

DOT_0047522