## RESOLUTION

**WHEREAS**, on March 27, 2024, the Board authorized that the central business district tolling program (CBDTP) shall be implemented by Triborough Bridge and Tunnel Authority (TBTA) in or about June 2024, and authorized and directed the President of TBTA or her designee to take such steps as may be necessary or desirable to implement the CBDTP in or about June 2024; and

**WHEREAS**, on June 5, 2024, New York State announced a pause in the implementation of the CBDTP; and

**WHEREAS**, on June 14, 2024, FHWA completed a Reevaluation process under the National Environmental Policy Act (NEPA) confirming that the tolling structure approved by the Board in March 2024 will have effects consistent with those disclosed in the Environmental Assessment for the CBDTP, that no further evaluation is needed for the approved tolling structure, and that the 2023 Finding of No Significant Impact (FONSI) remains valid; and

**WHEREAS**, on June 26, 2024, the Board extended the date of implementation of the CBDTP from in or about June 2024 until after such time as the Value Pricing Pilot Program (VPPP) tolling agreement has been executed by the Project Sponsors -- TBTA, New York State Department of Transportation, and New York City Department of Transportation – and FHWA, as required by federal law to implement the CBDTP; and

**WHEREAS**, on November 14, 2024, Governor Hochul announced a proposal to proceed with the CBDTP, but with the toll structure and rates adopted by the Board on March 27, 2024 to be gradually phased-in over several years, with proportionally lower toll rates for all vehicle classes in the first six years of the program; and

**WHEREAS**, the Board has considered all of the above.

**NOW, THEREFORE,** upon motion duly made and seconded, the following resolution is adopted by the Board:

   **RESOLVED**, that the proposed phase-in feature of the March 2024 approved CBD Charge Schedule for the central business district tolling program of the Authority, as set forth in the attachment to this resolution, shall be and hereby is endorsed and adopted as the new Part 1021.4 of Title 21 of the New York Codes, Rules and Regulations, to be implemented in or about January 2025; and be it further,

   **RESOLVED,** that the President of the Authority or her designee is hereby fully authorized and directed to take such steps as may be necessary or desirable to establish and implement the phase-in feature of the CBD Charge Schedule, annexed hereto, as the new Part 1021.4 of Title 21 of the New York Codes, Rules and Regulations, pursuant to law.


November 18, 2024
New York, New York