UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00367 (LJL)<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, AND THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Further Support of the Motion to Dismiss the Amended Complaint and in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, and the New York City Department of Transportation hereby move this Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint with prejudice.

Dated: December 9, 2024                                              Respectfully submitted,

MURIEL GOODE-TRUFANT                         */s/ Mark A. Chertok*
Corporation counsel of the City of New York   Mark A. Chertok
By:  */s/ Nathan Taylor*                                  Elizabeth Knauer
    Nathan Taylor                                         John F. Nelson
    Senior Counsel                                         Amy Cassidy
    Environmental Law Division                  SIVE, PAGET & RIESEL, P.C.
    New York City Law Department            560 Lexington Avenue, 15th Floor
    100 Church Street                                      New York, NY 10022

New York, NY 10007
(212) 356-2315
ntaylor@law.nyc.gov

*Counsel for Defendant the New York City Department of Transportation*

(212) 421-2150
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com
acassidy@sprlaw.com

/s/ *Roberta A. Kaplan*
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
(212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Counsel for Defendants the Metropolitan Transportation Authority, the Traffic Mobility Review Board, and the Triborough Bridge and Tunnel Authority*

2