# Exhibit C

• the Commission would endeavor to resolve any such disputes within 90 days of the filing of the complaint.

Second, the Staff White Paper recommends establishing a working group of all interested stakeholders, including pole owners, attachers, Staff, and other interested entities operating in New York State, that would meet regularly (e.g., monthly) and facilitate the discussion and resolution of issues relating to pole attachments, including, but not limited to, make-ready estimates, surveys, self-help remedies, and scheduling.

Third, the Staff White Paper recommends maintaining the existing requirement that the attacher necessitating a pole replacement bear the full cost of pole replacements not otherwise needed by the utility.

Fourth the Staff White Paper recommends requiring pole owners to file annual reports detailing third-party attachments. The report would include, at minimum: the number of third-party pole attachment requests, and for each third-party attachment request completed in the reporting year: the number of poles sought for attachment, the number of new attachments licensed, and the total number of poles in need of replacement associated with those licenses. The report should further delineate the total number of poles replaced by the number funded by the utility and the number funded by third-party attachers.

Finally, the Staff White Paper recommends adoption of a new pole attachment process that includes, but does not require, "One Touch Make Ready," in which the new attacher performs all make-ready work on "simple" attachments within the communications space provided it does not conflict with existing collective bargaining agreements. Moreover, the Staff White paper recommends alternative pole attachment methods be considered if they are consistent with established safety codes and industry standards. Decisions on allowing these methods should be done on a case-by-case basis and a pole owner may not refuse a method without giving a detailed reason, citing to the relevant code or industry standard.

The full text of the Staff White Paper and the full record of the proceeding may be reviewed online at the Department of Public Service web page: www.dps.ny.gov. The Commission may adopt, reject or modify, in whole or in part, the action proposed and may resolve related matters.

*Text of proposed rule and any required statements and analyses may be obtained by filing a Document Request Form (F-96) located on our website http://www.dps.ny.gov/f96dir.htm. For questions, contact:* John Pitucci, Public Service Commission, 3 Empire State Plaza, Albany, New York 12223-1350, (518) 486-2655, email: john.pitucci@dps.ny.gov

*Data, views or arguments may be submitted to:* Michelle L. Phillips, Secretary, Public Service Commission, 3 Empire State Plaza, Albany, New York 12223-1350, (518) 474-6530, email: secretary@dps.ny.gov

*Public comment will be received until:* 60 days after publication of this notice.

*Regulatory Impact Statement, Regulatory Flexibility Analysis, Rural Area Flexibility Analysis and Job Impact Statement*
Statements and analyses are not submitted with this notice because the proposed rule is within the definition contained in section 102(2)(a)(ii) of the State Administrative Procedure Act.
(22-M-0101SP1)

### PROPOSED RULE MAKING
### NO HEARING(S) SCHEDULED

**Notice of Intent to Submeter Electricity**

**I.D. No.** PSC-01-24-00018-P

PURSUANT TO THE PROVISIONS OF THE State Administrative Procedure Act, NOTICE is hereby given of the following proposed rule:

*Proposed Action:* The Commission is considering the notice of intent filed by Westview Owners Corp. to submeter electricity at 595-625 Main Street, New York, New York.

*Statutory authority:* Public Service Law, sections 2, 4(1), 30, 32-48, 52, 53, 65(1), 66(1), (2), (3), (4), (12) and (14)

*Subject:* Notice of intent to submeter electricity.

*Purpose:* To ensure adequate submetering equipment and consumer protections are in place.

*Substance of proposed rule:* The Commission is considering the notice of intent filed by Westview Owners Corp. (Owner) on November 13, 2023, seeking authority to submeter electricity at a residential cooperative apartment building with below-market, affordable, and fair-market units at 595-625 Main Street, New York, New York, 10044, located in the service territory of Consolidated Edison Company of New York, Inc. (Con Edison).

In the notice, Westview Owners Corp. requests authorization to take electric service from Con Edison and then distribute and meter that electricity to its tenants and shareholders. The Owner states that only cooperative shareholders will receive submetered electric bills and any units occupied by non-purchasing rental tenants will not be billed for electric usage. Once approved by the Commission, submetering of electricity to residential dwellings is allowed so long as it complies with the protections and requirements of the Commission's regulations in 16 NYCRR Part 96.

The full text of the notice of intent and the full record of the proceeding may be reviewed online at the Department of Public Service web page: www.dps.ny.gov. The Commission may adopt, reject or modify, in whole or in part, the action proposed and may resolve related matters.

*Text of proposed rule and any required statements and analyses may be obtained by filing a Document Request Form (F-96) located on our website http://www.dps.ny.gov/f96dir.htm. For questions, contact:* John Pitucci, Public Service Commission, 3 Empire State Plaza, Albany, New York 12223-1350, (518) 486-2655, email: john.pitucci@dps.ny.gov

*Data, views or arguments may be submitted to:* Michelle L. Phillips, Secretary, Public Service Commission, 3 Empire State Plaza, Albany, New York 12223-1350, (518) 474-6530, email: secretary@dps.ny.gov

*Public comment will be received until:* 60 days after publication of this notice.

*Regulatory Impact Statement, Regulatory Flexibility Analysis, Rural Area Flexibility Analysis and Job Impact Statement*
Statements and analyses are not submitted with this notice because the proposed rule is within the definition contained in section 102(2)(a)(ii) of the State Administrative Procedure Act.
(23-E-0674SP1)

## Triborough Bridge and Tunnel Authority

### ERRATUM

A Notice of Proposed Rule Making, ID No. TBA-52-23-00001-P, pertaining to A Proposal to Establish a New Toll Rate Schedule for Use of the Central Business District under the CBDTP operated by TBTA, published in the December 27, 2023 issue of the *State Register*, was inadvertently published with an incorrect heading for the third column in section b of the table. The correct headings for that section are as follows:

| b Customers Using Fare Media Other Than E-ZPass VEHICLE CLASSIFICATION | CBD ENTRY CHARGE | PER TRIP CHARGE (TO/FROM/WITHIN CBD) |
|---|---|---|