# Exhibit E

# Staff Summary



| Subject | Central Business District Tolling Program (CBDTP) Toll Rate Schedule (CBD Charge Schedule) | Date | November 18, 2024 |
|---|---|---|---|
| Department | Law | Vendor Name | N/A |
| Department Head Name | Paul L. Friman | Contract Number | N/A |
| Department Head Signature | | Contract Manager Name | N/A |
| Project Manager Name | Allison L. C. de Cerreño | Table of Contents Ref. # | N/A |

| Board Action | | | | | | Internal Approvals | | | |
|---|---|---|---|---|---|---|---|---|---|
| Order | To | Date | Approval | Info | Other | Order | Approval | Order | Approval |
| 1 | Board | 11/18/24 | | | | 3 | President | | |
| | | | | | | 2 | Chief Operating Officer | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Internal Approval (cont.) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Order | Approval | Order | Approval | Order | Approval | Order | Approval |
| | | | | | | | |
| | | | | | | | |

**PURPOSE**: To obtain the Board's approval of the annexed Resolution which will (i) endorse and adopt a phase-in feature to the toll rate schedule approved by the Board on March 27, 2024 for use of the central business district (CBD Charge Schedule) under the central business district tolling program (CBDTP) operated by the Triborough Bridge and Tunnel Authority d/b/a MTA Bridges and Tunnels (TBTA); and (ii) authorize the President of TBTA or her designee to take all such steps that may be necessary and desirable to establish, implement and permanently adopt, pursuant to law, the CBD Charge Schedule, including such phase-in feature.

**DISCUSSION**: The MTA Reform and Traffic Mobility Act requires that TBTA, among other things, establish and operate a CBDTP; establish and charge variable tolls for vehicles entering or remaining in the CBD; and make rules and regulations for the establishment and collection of CBD tolls. On December 6, 2023, the Board authorized the President of TBTA and her designees to take requisite preliminary steps to implement a schedule of toll rates for use in such a program.

On March 27, 2024, the Board approved the CBD Charge Schedule and authorized that the CBDTP shall be implemented by TBTA in or about June 2024, and authorized and directed the President of TBTA or her designee to take such steps as may be necessary or desirable to implement the CBDTP in or about June 2024.

On June 5, 2024, before the filing with the Secretary of State of the CBD Charge Schedule, New York State announced a pause in implementation of the CBDTP.

The legal name of MTA Bridges and Tunnels is Triborough Bridge and Tunnel Authority.

On June 14, 2024, FHWA completed a Reevaluation process under the National Environmental Policy Act (NEPA) confirming that the tolling structure approved by the Board in March 2024 will have effects consistent with those disclosed in the Environmental Assessment for the CBDTP, that no further evaluation is needed for the approved tolling structure, and that the 2023 Finding of No Significant Impact (FONSI) remains valid.

On June 26, 2024, the Board extended the date of implementation of the CBDTP from in or about June 2024 until after such time as the Value Pricing Pilot Program (VPPP) tolling agreement has been executed by the Project Sponsors -- TBTA, New York State Department of Transportation, and New York City Department of Transportation – and FHWA, as required by federal law to implement the CBDTP.

On November 14, 2024, Governor Hochul announced a proposal to proceed with the CBDTP, but with the toll structure and rates that had been adopted by the Board on March 27, 2024 being phased-in gradually over several years, with proportionally lower toll rates for all vehicle classes in the first six years of the program.

Under the phase-in approach, the CBDTP would be implemented in three steps, culminating with the March 2024 adopted toll rates. The interim steps would have toll rates for each vehicle class and time of day, as well as tunnel crossing credit rates, proportionally reduced from the corresponding rates in the March 2024 adopted toll structure. The proportional reductions would result in rates for Phase 1 (2025, 2026, and 2027) equaling 60% of the corresponding rates in the March 2024 adopted toll structure. For Phase 2 (2028, 2029 and 2030), the toll and credit rates would equal 80% of the corresponding March 2024 adopted toll structure rates. The March 2024 adopted toll rates would come into full effect in 2031.

If approved, the phase-in of the CBD Charge Schedule (as set forth in Attachment 1) is planned for implementation as designated therein commencing in or about January 2025.

Also, the Board is asked to delegate to the President of TBTA or her designee authority to take all necessary and desirable steps to implement and permanently adopt a new Part 1021.4 of Title 21 of the New York Codes, Rules and Regulations to reflect the CBD Charge Schedule.

**IMPACT ON FUNDING**: Adoption of the phase-in feature of the CBD Charge Schedule is in keeping with TBTA's statutory mandate to implement the CBDTP, among other things, so as to generate enough net annual revenue over time to fund $15 billion for MTA's transit and commuter rail system capital projects, as required by law.

**RECOMMENDATION**: It is recommended that the Board adopt and approve the attached Resolution implementing the phase-in feature of the CBD Charge Schedule and authorizing the President or her designee to take all steps to establish, implement and permanently adopt the Schedule, pursuant to law.

---

The legal name of MTA Bridges and Tunnels is Triborough Bridge and Tunnel Authority.

# RESOLUTION

**WHEREAS**, on March 27, 2024, the Board authorized that the central business district tolling program (CBDTP) shall be implemented by Triborough Bridge and Tunnel Authority (TBTA) in or about June 2024, and authorized and directed the President of TBTA or her designee to take such steps as may be necessary or desirable to implement the CBDTP in or about June 2024; and

**WHEREAS**, on June 5, 2024, New York State announced a pause in the implementation of the CBDTP; and

**WHEREAS**, on June 14, 2024, FHWA completed a Reevaluation process under the National Environmental Policy Act (NEPA) confirming that the tolling structure approved by the Board in March 2024 will have effects consistent with those disclosed in the Environmental Assessment for the CBDTP, that no further evaluation is needed for the approved tolling structure, and that the 2023 Finding of No Significant Impact (FONSI) remains valid; and

**WHEREAS**, on June 26, 2024, the Board extended the date of implementation of the CBDTP from in or about June 2024 until after such time as the Value Pricing Pilot Program (VPPP) tolling agreement has been executed by the Project Sponsors -- TBTA, New York State Department of Transportation, and New York City Department of Transportation – and FHWA, as required by federal law to implement the CBDTP; and

**WHEREAS**, on November 14, 2024, Governor Hochul announced a proposal to proceed with the CBDTP, but with the toll structure and rates adopted by the Board on March 27, 2024 to be gradually phased-in over several years, with proportionally lower toll rates for all vehicle classes in the first six years of the program; and

**WHEREAS**, the Board has considered all of the above.

**NOW, THEREFORE,** upon motion duly made and seconded, the following resolution is adopted by the Board:

> **RESOLVED**, that the proposed phase-in feature of the March 2024 approved CBD Charge Schedule for the central business district tolling program of the Authority, as set forth in the attachment to this resolution, shall be and hereby is endorsed and adopted as the new Part 1021.4 of Title 21 of the New York Codes, Rules and Regulations, to be implemented in or about January 2025; and be it further,
>
> **RESOLVED,** that the President of the Authority or her designee is hereby fully authorized and directed to take such steps as may be necessary or desirable to establish and implement the phase-in feature of the CBD Charge Schedule, annexed hereto, as the new Part 1021.4 of Title 21 of the New York Codes, Rules and Regulations, pursuant to law.

November 18, 2024
New York, New York

| TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY CENTRAL BUSINESS DISTRICT (CBD) CHARGES ||||||||
|---|---|---|---|---|---|---|---|
| | | PHASE 1 2025-2027 || PHASE 2 2028-2030 || PHASE 3 starting 2031 ||
| a | E-ZPass Customers | CBD ENTRY CHARGE | TUNNEL CROSSING CREDIT | CBD ENTRY CHARGE | TUNNEL CROSSING CREDIT | CBD ENTRY CHARGE | TUNNEL CROSSING CREDIT |
| | VEHICLE CLASSIFICATION | | | | | | |
| 1 | Passenger and other vehicles, including sedans, sport utility vehicles, station wagons, hearses, limousines, pickup trucks with factory beds, pickup trucks with caps below the roofline and not extending over the sides, and vans without an extended roof above the windshield | | | | | | |
| |    Peak period (5am-9pm weekdays, 9am-9pm weekends) | $9.00 | | $12.00 | | $15.00 | |
| |    Peak period for registered Low-Income Discount Plan participants using an eligible vehicle, 11th trip and trips thereafter in a calendar month (5am-9pm weekdays, 9am-9pm weekends) | $4.50 | | $6.00 | | $7.50 | |
| |    Peak period per-trip credit (maximum daily credit $5.00) | | | | | | |
| |      If entering the CBD via the Lincoln Tunnel or Holland Tunnel | | $3.00 | | $4.00 | | $5.00 |
| |      If entering or exiting the CBD via the Queens-Midtown Tunnel or Hugh L. Carey Tunnel | | $1.50 | | $2.00 | | $2.50 |
| |    Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $2.25 | | $3.00 | | $3.75 | |
| 2 | Single-unit trucks, including non-articulated trucks, pickup trucks with modified beds, vans with modified body behind the drivers cab, pickup trucks with caps above the roofline or extending over the sides, and vans with an extended roof above the windshield | | | | | | |
| |    Peak period (5am-9pm weekdays, 9am-9pm weekends) | $14.40 | | $19.20 | | $24.00 | |
| |    Peak period per-trip credit | | | | | | |
| |      If entering the CBD via the Lincoln Tunnel or Holland Tunnel | | $7.20 | | $9.60 | | $12.00 |
| |      If entering or exiting the CBD via the Queens-Midtown Tunnel or Hugh L. Carey Tunnel | | $3.60 | | $4.80 | | $6.00 |
| |    Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $3.60 | | $4.80 | | $6.00 | |
| 3 | Multi-unit trucks, including articulated trucks where a power unit is carrying one or more trailers | | | | | | |
| |    Peak period (5am-9pm weekdays, 9am-9pm weekends) | $21.60 | | $28.80 | | $36.00 | |
| |    Peak period per-trip credit | | | | | | |
| |      If entering the CBD via the Lincoln Tunnel or Holland Tunnel | | $12.00 | | $16.00 | | $20.00 |
| |      If entering or exiting the CBD via the Queens-Midtown Tunnel or Hugh L. Carey Tunnel | | $6.00 | | $8.00 | | $10.00 |
| |    Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $5.40 | | $7.20 | | $9.00 | |
| 4 | Buses, including vehicles registered with the DMV and plated as a bus, omnibus, or have other designated official plates | | | | | | |
| |    Peak period (5am-9pm weekdays, 9am-9pm weekends) | $14.40 | | $19.20 | | $24.00 | |
| |    Peak period per-trip credit | | | | | | |
| |      If entering the CBD via the Lincoln Tunnel or Holland Tunnel | | $7.20 | | $9.60 | | $12.00 |
| |      If entering or exiting the CBD via the Queens-Midtown Tunnel or Hugh L. Carey Tunnel | | $3.60 | | $4.80 | | $6.00 |
| |    Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $3.60 | | $4.80 | | $6.00 | |
| |    Licensed sightseeing buses | | | | | | |
| |    Peak period (5am-9pm weekdays, 9am-9pm weekends) | $21.60 | | $28.80 | | $36.00 | |
| |    Peak period per-trip credit | | | | | | |
| |      If entering the CBD via the Lincoln Tunnel or Holland Tunnel | | $12.00 | | $16.00 | | $20.00 |
| |      If entering or exiting the CBD via the Queens-Midtown Tunnel or Hugh L. Carey Tunnel | | $6.00 | | $8.00 | | $10.00 |
| |    Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $5.40 | | $7.20 | | $9.00 | |
| 5 | Motorcycles | | | | | | |
| |    Peak period (5am-9pm weekdays, 9am-9pm weekends) | $4.50 | | $6.00 | | $7.50 | |
| |    Peak period per-trip credit | | | | | | |
| |      If entering the CBD via the Lincoln Tunnel or Holland Tunnel | | $1.50 | | $2.00 | | $2.50 |
| |      If entering or exiting the CBD via the Queens-Midtown Tunnel or Hugh L. Carey Tunnel | | $0.75 | | $1.00 | | $1.25 |
| |    Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $1.05 | | $1.40 | | $1.75 | |

*E-ZPass CBD entry charges are available subject to terms, conditions, and agreements established by the Authority.*

*The Authority reserves the right to determine whether any vehicle is of unusual or unconventional design, weight, or construction and therefore not within any of the listed categories. The Authority also reserves the right to determine the CBD charge for any such vehicle of unusual or unconventional design, weight, or construction. Any single unit vehicle identified as belonging to Classes 1, 2, or 5 will be up-classed to the next toll class when towing a trailer or another vehicle.*

*Daily toll cap of once per day for Class 1 and Class 5 vehicles. Caps for other vehicles are subject to change pursuant to the adaptive management approach to mitigating project effects, as committed to in the Final Environmental Assessment.*

*CBD entry charges and tunnel credits are subject to a variable percentage increase/decrease of up to 10% for up to one year after implementation pursuant to the adaptive management approach to mitigating project effects, as committed to in the Final Environmental Assessment.*

*The Low-Income Discount Plan shall continue for five years as committed to in the Final Environmental Assessment.*

*The Authority reserves the right to charge a 25% higher CBD charge during Gridlock Alert Days. Each year, the NYCDOT identifies Gridlock Alert Days during the UN General Assembly and throughout the holiday season when heavy traffic is expected in Manhattan. On Gridlock Alert Days, consider walking, biking, or taking mass transit for any trips in Manhattan.*

*Qualifying authorized emergency vehicles and qualifying vehicles transporting persons with disabilities are exempt pursuant to Vehicle and Traffic Law § 1704-a (2).*

*Qualifying authorized commuter buses and specialized government vehicles, as determined by the Authority, are exempt.*

| TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY CENTRAL BUSINESS DISTRICT (CBD) CHARGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | PHASE 1 2025-2027 | | PHASE 2 2028-2030 | | PHASE 3 starting 2031 | |
| b | Customers Using Fare Media Other Than E-ZPass<br><br>VEHICLE CLASSIFICATION | CBD ENTRY CHARGE | PER TRIP CHARGE PLAN* (TO/FROM/ WITHIN/ THROUGH CBD) | CBD ENTRY CHARGE | PER TRIP CHARGE PLAN* (TO/FROM/ WITHIN/ THROUGH CBD) | CBD ENTRY CHARGE | PER TRIP CHARGE PLAN* (TO/FROM/ WITHIN/ THROUGH CBD) |
| 1 | Passenger and other vehicles, including sedans, sport utility vehicles, station wagons, hearses, limousines, pickup trucks with factory beds, pickup trucks with caps below the roofline and not extending over the sides, and vans without an extended roof above the windshield | | | | | | |
| | Peak period (5am-9pm weekdays, 9am-9pm weekends) | $13.50 | | $18.00 | | $22.50 | |
| | Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $3.30 | | $4.40 | | $5.50 | |
| 2 | Single-unit trucks, including non-articulated trucks, pickup trucks with modified beds, vans with modified body behind the drivers cab, pickup trucks with caps above the roofline or extending over the sides, and vans with an extended roof above the windshield | | | | | | |
| | Peak period (5am-9pm weekdays, 9am-9pm weekends) | $21.60 | | $28.80 | | $36.00 | |
| | Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $5.40 | | $7.20 | | $9.00 | |
| 3 | Multi-unit trucks, including articulated trucks where a power unit is carrying one or more trailers | | | | | | |
| | Peak period (5am-9pm weekdays, 9am-9pm weekends) | $32.40 | | $43.20 | | $54.00 | |
| | Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $8.10 | | $10.80 | | $13.50 | |
| 4 | Buses, including vehicles registered with the DMV and plated as a bus, omnibus, or have other designated official plates | | | | | | |
| | Peak period (5am-9pm weekdays, 9am-9pm weekends) | $21.60 | | $28.80 | | $36.00 | |
| | Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $5.40 | | $7.20 | | $9.00 | |
| | Licensed sightseeing buses | | | | | | |
| | Peak period (5am-9pm weekdays, 9am-9pm weekends) | $32.40 | | $43.20 | | $54.00 | |
| | Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $8.10 | | $10.80 | | $13.50 | |
| 5 | Motorcycles | | | | | | |
| | Peak period (5am-9pm weekdays, 9am-9pm weekends) | $6.75 | | $9.00 | | $11.25 | |
| | Overnight period (9pm-5am weekdays, 9pm-9am weekends) | $1.65 | | $2.20 | | $2.75 | |
| | NYC TLC taxis, green cabs, for-hire vehicles (FHVs) | | | | | | |
| | Taxis, green cabs, and FHVs on trips | | $0.75 | | $1.00 | | $1.25 |
| | FHVs on trips dispatched by high-volume for-hire services (HVFHSs) | | $1.50 | | $2.00 | | $2.50 |

The Authority reserves the right to determine whether any vehicle is of unusual or unconventional design, weight, or construction and therefore not within any of the listed categories. The Authority also reserves the right to determine the CBD charge for any such vehicle of unusual or unconventional design, weight, or construction. Any single unit vehicle identified as belonging to Classes 1, 2, or 5 will be up-classed to the next toll class when towing a trailer or another vehicle.

Daily toll cap of once per day for Class 1 and Class 5 vehicles. Caps for non-passenger vehicles are subject to change pursuant to the adaptive management approach to mitigating project effects, as committed to in the Final Environmental Assessment.

NYC TLC taxi, green cab, and FHV tolls are to be paid by the passenger pursuant to Rules of City of NY Taxi & Limousine Commn (35 RCNY) §§ 58-26 (f), 59A-23 (b), 59D-17 (c).

CBD entry charges and per trip charges are subject to a variable percentage increase/decrease of up to 10% for up to one year after implementation pursuant to the adaptive management approach to mitigating project effects, as committed to in the Final Environmental Assessment.

The Authority reserves the right to charge a 25% higher CBD charge during Gridlock Alert Days. Each year, the NYCDOT identifies Gridlock Alert Days during the UN General Assembly and throughout the holiday season when heavy traffic is expected in Manhattan. On Gridlock Alert Days, consider walking, biking, or taking mass transit for any trips in Manhattan.

Qualifying authorized emergency vehicles and qualifying vehicles transporting persons with disabilities are exempt pursuant to Vehicle and Traffic Law § 1704-a (2).

Qualifying authorized commuter buses and specialized government vehicles, as determined by the Authority, are exempt.

*Subject to full execution of and in compliance with plan agreement by FHV bases and taxi technology system providers.