# Exhibit F

11/26/2024
Paul L. Friman
2 Broadway, 24th Floor
New York NY 10004
RE: Acknowledgement
The Department of State's Division of Administrative Rules has received the following notice that will be published in issue 50 of the State Register 12/11/2024
Notice of Adoption
SECTION 1021.4
Rule # TBA522300001