

November 2024

# STOREFRONT ACTIVITY IN NYC NEIGHBORHOODS

NYC PLANNING

# This report from DCP, the fourth of its kind, provides detailed information on the health of NYC's commercial retail corridors.

**The Covid-19 pandemic disrupted New York City's economy and forced many storefront businesses to adapt overnight.** More than four years later, some neighborhoods have recovered while others face lingering effects from the pandemic. The rise of remote and hybrid work has transformed the economic landscape of New York's neighborhoods and its storefront businesses.

Strong retail corridors are a pillar of neighborhood planning. The NYC Department of City Planning (DCP) has previously undertaken studies of storefront vacancy in 2009, 2019 and 2020, utilizing field research to portray a snapshot of conditions along select corridors. This report builds on past assessments and introduces new research utilizing the first comprehensive citywide storefront dataset to track vacancy and storefront composition trends over time for every storefront in each neighborhood across all five boroughs.

This analysis is intended to support the multitude of public and private actors, from individual businesses, property owners, brokers, civic groups, chambers of commerce, business improvement districts, and City agencies, who work to make New York City's commercial streets the most vibrant and diverse on the planet.



Illustration source: "Principles of Good Urban Design for New York City," NYC Department of City Planning, March 2024.



# This research builds on previous NYC Planning studies on storefronts and retail activity.

**Aug. 2009**



- Survey of 10 local retail streets with a range of higher and lower vacancy conditions.
- Analysis found opportunities to improve zoning to enable more walkable pedestrian-oriented retail environments, which informed neighborhood rezonings and City of Yes improvements.

**Aug. 2019**



- Sample of 10k storefronts along 24 select corridors utilizing early Live XYZ dataset
- Analysis of changing retail landscape in NYC and the U.S.
- Found that vacancy is volatile and there is no single driver.
- Select neighborhoods experienced concentrations of vacancy that are related to spending patterns and market forces.

**July 2020**



- Follow-up ground survey of the same 2019 report corridors to assess COVID closures/re-openings.
- Found high rate of inactive storefronts (32%).
- Early recovery from pandemic affected corridors in different ways; locally-serving retail corridors had the highest shares of open businesses, while regional destinations were more impacted by reduced commuting and tourism and thus had higher rates of inactivity.

Sources: "Assessing Storefront Vacancy in NYC," NYC Department of City Planning, August 2019; "Retail Activity in NYC: COVID Recovery Across 24 Neighborhoods," NYC Department of City Planning, July 2020.



# How can NYC measure storefront activity?



- In 2023, NYC contracted with a third-party vendor **Live XYZ** to develop a comprehensive, nearly real-time digital data source for tracking storefront occupancy.

- Live XYZ catalogues and maps **storefront spaces** across NYC and tracks the **businesses / organizations (occupants)** in those spaces and whether those spaces are vacant.

- Data is collected via ground survey on a rolling 90-day basis.

- The earliest reliable and complete citywide data was in 2019. Data collection paused during the pandemic, and data became reliable again in Q3 2023. Updates are now available on a quarterly basis.
  - *For this report, longitudinal change is either measured from the last pre-pandemic figure (Q1 2020) to latest available, or from Q3 2023 to latest available.*

- A public map-based version of the data is available at share.livexyz.com.



# Anatomy of a Changing Commercial Corridor

The experience of a commercial street is the result of property owners and businesses over time working to occupy space. Live XYZ data allows the City to track the evolution of this physical experience over time through various metrics on storefronts and their occupants, as shown here in the life of a block on Nassau Street in Lower Manhattan, from 2019–2024:

## Nassau St.
*Between John St. and Fulton St.*

**24 Storefronts**
**5 Vacant (21%)**
*13% Vacancy in 2019*




Former burger restaurant, pizza shop 2023*–present

Clothing retailer since 2019

Jewelry retailer closed in 2019, vacant since

Current gym occupant replaced another gym in 2023

Former dry goods retailer, vacant since 2021

Former smoke shop, now vacant

Eye doctor since 2019

Travel agency up to 2019, nail salon 2019–present



Data source: Live XYZ all-time dataset. * Pizza shop may have opened during pause in data collection between 2020 and 2023.
Photo source: Cyclomedia 2024.

# Summary of Findings

## 1. Citywide storefront vacancy is trending down and is much recovered since the height of the pandemic.

Across the city, commercial vitality is returning. Vacancy rates are coming down citywide and a majority of neighborhoods have lower vacancy rates than a year ago — faring far better than at the heights of pandemic closures. Since the start of the pandemic, over 40,000 new storefront businesses have opened in NYC, resulting 1 in 3 storefront businesses being new in this decade. Vacancy rates in the Bronx, Queens, and Staten Island are below 9%, and Manhattan and Brooklyn, while still elevated, are trending downward. At the same time, there are pockets of high vacancy that remain, while other areas remain affected by longer term vacancies.

## 2. NYC storefronts are selling less merchandise and more experiences.

The Covid-19 pandemic created a wave of business openings and closures; 1 in 3 existing storefront businesses opened since Q1 2020. This wave of change has accelerated a decades-long trend reshaping the city's storefront economy — a strengthening focus on dining and other "experiential" business types, and a shift away from stores that exclusively sell merchandise. Recent citywide zoning reforms through *City of Yes for Economic Opportunity* enable additional potential storefront growth in these categories.

## 3. Thriving local economies are driving the city's storefront recovery.

As storefront businesses open, close, and adapt to a post-Covid economy, the combined effects of citywide market changes intersect with building-level and neighborhood-level conditions in unique ways. Features like dynamism and foot traffic in a neighborhood, and the relative concentrations of growing or shrinking sectors, can have major effects on the amount and duration of vacancy experienced. Changing remote work patterns, demographic changes, and the return of tourism all affect the viability of different store types. Localized conditions from store size — whether full or vacant — to the appeal of the public realm, play roles in attracting and retaining commercial tenants.





# FINDING #1:

## CITYWIDE STOREFRONT VACANCY IS TRENDING DOWN

Across the city, commercial vitality is returning, and storefront vacancy rates are coming down. Most neighborhoods have lower vacancy rates than a year ago, and all are faring far better than at the height of the pandemic. Since early 2020, over 45,000 new storefront businesses have opened across NYC, such that 1-in-3 existing storefront businesses opened this decade. Vacancy rates in the Bronx, Queens, and Staten Island are below 9%, while Manhattan and Brooklyn, though still elevated, are trending downward.

# As of the third quarter of 2024, NYC has over 143k storefronts.

## Storefront Counts & Vacancy, Q3 2024

| Borough | Storefronts | # Vacant | % Vacant |
|---|---|---|---|
| Manhattan | 37.5k | 5.3k | 14.2% |
| Brooklyn | 46.3k | 5.5k | 11.9% |
| Queens | 34.4k | 3.0k | 8.7% |
| Staten Island | 5.7k | 0.5k | 8.5% |
| Bronx | 19.4k | 1.6k | 8.2% |
| NYC | 143.4k | 15.9k | 11.1% |



● Storefront

Source: Live XYZ Snapshot Q3 2024; storefronts only, rounded.

NYC PLANNING

# Citywide, 15.9k of NYC's storefronts are currently vacant (11.1%).

## Storefront Counts & Vacancy, Q3 2024

| Borough | Storefronts | # Vacant | % Vacant |
|---|---|---|---|
| Manhattan | 37.5k | 5.3k | 14.2% |
| Brooklyn | 46.3k | 5.5k | 11.9% |
| Queens | 34.4k | 3.0k | 8.7% |
| Staten Island | 5.7k | 0.5k | 8.5% |
| Bronx | 19.4k | 1.6k | 8.2% |
| NYC | 143.4k | 15.9k | 11.1% |



○ Vacant Storefront

Source: Live XYZ Snapshot Q3 2024; storefronts only; rounded.

NYC PLANNING



Citywide, vacancy rates have declined for four straight quarters. Vacancy in the Bronx is lower than it was before the pandemic and is approaching pre-pandemic levels in Brooklyn and Staten Island. Rates in the Bronx, Queens, and Staten Island are all below the citywide average and are at a level considered healthy (below 10%).

**Borough Vacancy Rates Over Time**

Source: Live XYZ Snapshot Q3 2024; storefronts only.




# Over the last year, 54% of neighborhoods saw declining vacancy rates.

## Neighborhood Tabulation Areas (NTAs) with Greatest Decreases in Vacancy
*From Q3 2023 to Q3 2024*

| Neighborhood | Change |
|---|---|
| Old Astoria-Hallets Point | -4.9% |
| Spring Creek-Starrett City | -4.3% |
| Upper East Side-Carnegie Hill | -4.3% |
| Cypress Hills | -4.2% |
| Howard Beach-Lindenwood | -3.9% |
| Riverdale-Spuyten Duyvil | -3.7% |
| SoHo-Little Italy-Hudson Square | -3.5% |
| Upper East Side-Yorkville | -3.2% |
| Ridgewood | -3.0% |
| Gramercy | -2.9% |
| Kensington | -2.9% |
| West Village | -2.8% |
| Dyker Heights | -2.8% |
| Murray Hill-Kips Bay | -2.7% |
| Great Kills-Eltingville | -2.6% |
| Upper West Side-Lincoln Square | -2.5% |
| Cambria Heights | -2.5% |
| Inwood | -2.4% |
| Soundview-Clason Point | -2.3% |
| Park Slope | -2.2% |

Change in Vacancy Rate
- +0% or more
- -2% to -0%
- -4% to -2%
- -4% or less
- N/A

Source: Live XYZ 2023 Q3 to 2024 Q3; storefronts only.
Note: *NTAs* are 2020 U.S. Census Bureau Neighborhood Tabulation Areas; "N/A" geographies include parks, cemeteries, and NTAs with small sample sizes.

NYC PLANNING

# Along previously surveyed corridors, vacancy rates have fallen dramatically from high shares of inactivity during the height of the pandemic.

DCP compared vacancy rates longitudinally for select commercial corridors studied as part of a mid-pandemic (Sept. 2020) retail health report. Before the pandemic, the vacancy rate across these corridors was 12.5%, and 32% of spaces were inactive at the height of pandemic-induced disruption. After massive recoveries from mid-pandemic inactivity rates, today the corridors' combined vacancy rate is below pre-pandemic at 10.5%. Of the 24 corridors studied, 16 have lower vacancy rates today than pre-pandemic.

## Select Corridor Pre-Pandemic Vacancy vs. Mid-Pandemic Inactivity vs. Vacancy Today



Legend:
- Vacancy Pre-Covid
- Inactive Mid-2020
- Vacancy Today

Source: Live XYZ Q1 2020, Q3 2024; storefronts only. ¹Inactive Mid-2020 figures gathered via ground survey by NYC Department of City Planning. See report for exact geographies: 'Retail Activity in NYC COVID Recovery Across 24 Neighborhoods, NYC Department of City Planning, September 2020.

NYC PLANNING

Since the start of the pandemic, over 45,000 storefront businesses have opened in NYC (1 in 3 storefronts). Queens and Staten Island now have more storefront businesses operating than ever before, led by increases in neighborhoods like Long Island City, Forest Hills, Woodside, and Ridgewood.

## Storefront Turnover by Borough
*From Q1 2020 to Q3 2024*





Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only.

# Despite citywide trends toward lower vacancy, higher vacancy rates persist in localized areas, especially in the Manhattan core and in central Brooklyn.

## Highest NTA Storefront Vacancy Rates
*As of Q3 2024*



| NTA | Vacancy |
|---|---|
| Financial District–Battery Park City | 24.2% |
| Tribeca–Civic Center | 21.1% |
| Chinatown–Two Bridges | 20.0% |
| East Midtown–Turtle Bay | 19.2% |
| Ocean Hill | 18.3% |
| East New York (North) | 18.2% |
| Springfield Gardens (South)–Brookville | 17.5% |
| Tompkinsville–Stapleton–Clifton–Fox Hills | 17.1% |
| Chelsea–Hudson Yards | 17.0% |
| Midtown South–Flatiron–Union Square | 17.0% |
| Hutchinson Metro Center | 17.0% |
| Old Astoria–Hallets Point | 16.5% |
| Crown Heights (North) | 16.3% |
| Midtown–Times Square | 16.3% |
| SoHo–Little Italy–Hudson Square | 16.1% |
| Harlem (South) | 16.0% |
| Lower East Side | 16.0% |
| Bedford-Stuyvesant (West) | 16.0% |
| Greenwich Village | 15.7% |
| Bedford-Stuyvesant (East) | 15.5% |



Source: Live XYZ snapshot 2024 Q3; storefronts only.
Note: "NTAs" are 2020 U.S. Census Bureau Neighborhood Tabulation Areas. See appendix for more information.

Vacancy varies considerably from street to street within neighborhoods. In the Financial District, vacant storefronts are clustered along select corridors, such as Nassau, Fulton, and Water streets. Other corridors and areas have fewer vacancies, such as Broadway and Battery Park City.



Q3 '24 Vacancy

24%

3%

N/A

Source: Live XYZ snapshot 2024 Q3; storefronts only.

NYC PLANNING

# Clusters of prolonged vacancy — storefronts that have been empty since before the pandemic — present a uniquely challenging issue for local economies.

## Vacant Storefronts by Borough and Prolonged Vacancy vs. Recent Vacancy



| Borough | Value | Prolonged % |
|---|---|---|
| Brooklyn | 5.5k | 37% |
| Manhattan | 5.3k | 32% |
| Queens | 3.0k | 33% |
| Bronx | 1.6k | 42% |
| Staten Island | 0.5k | 28% |

5,500 (35%) of the city's currently vacant storefronts have been vacant since Q1 2020. Manhattan and Brooklyn are home to two-thirds of these prolonged vacant storefronts, but the Bronx has the highest share of prolonged vacancy.



● Prolonged Vacant Storefront

e.g., Financial District:
25% overall vacancy
44% prolonged vacancy
56% recent vacancy

Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only.

NYC PLANNING



# FINDING #2:

## NYC STOREFRONTS ARE SELLING LESS MERCHANDISE AND MORE EXPERIENCES

The Covid-19 pandemic created a wave of business openings and closures; 1 in 3 existing storefront businesses opened this decade. The wave of change accelerated a decades-long trend that is reshaping the city's storefront economy – a strengthening focus on dining and other "experiential" business types, and a shift away from stores that exclusively sell merchandise. New zoning through *City of Yes for Economic Opportunity* enables potential additional storefront growth categories.

# Storefront businesses are comprised of local retail, services, and non-commercial organizations.



127K Active Storefront Businesses

**Community Facilities (18%)**
- Healthcare
- Municipal & Cultural
- Education & Childcare
- Religious & Other Civic Org.

**Services (32%)**
- Personal Care & Beauty (hair and nail salons)
- Laundry, Pet Care, Repair, and Other Services
- Business & Professional Services (law, real estate, insurance)
- Industrial, Transportation & Parking
- Lodging
- Auto Retail & Services

**Retail (29%)**
- Dry Goods Retail (clothing, furniture, electronics, beauty shops)
- Grocery, Deli/Convenience, Pharmacy
- Smoke Shops & Liquor Stores

**Food & Drink, Entertainment (21%)**
- Food & Drink (restaurants, bars, coffee shops, bakeries)
- Entertainment (banquet halls, galleries, music venues)

Source: Live XYZ Snapshot 2024 Q3; storefronts only.





Across NYC, each year thousands of storefronts open and close. However, since March 2020 clear trends appear in how the composition of the city's storefronts is changing. Food & drink, along with healthcare, grocery/convenience have grown, while dry goods retail and local services have declined.

## Storefront Turnover by Occupant Type, Q1 2020 to Q3 2024

**Food & Drink / Entertainment**
- Food & Drink
- Entertainment

1,350 more openings than closures

**Retail**
- Dry Goods Retail
- Grocery, Convenience, Pharmacy
- Smoke Shop & Liquor Store

540 more closures than openings

**Community Facilities**
- Healthcare Services
- Education & Childcare Services
- Religious & Other Organization
- Municipal, Cultural

70 more closures than openings

**Services**
- Beauty & Personal Care Services
- Business, Commercial & Professional Services
- Laundry, Pet Care, Repair, and Other Services
- Industrial, Transportation, Parking
- Auto Services & Retail
- Lodging

2,720 more closures than openings

Legend: Openings / Closures



Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only.

# Category Highlight: Dry Goods Retail

Dry Goods stores have seen significant declines since 2020, with 2,200 more closures than openings. Declines in electronics, clothing, and home goods stores have contributed to about two-thirds of these net losses. Still, more than 18,000 Dry Goods stores remain in NYC, and 6,300 are new since 2020, indicating a resilient if shrinking sector.

## Dry Goods Retail Turnover by Subcategory,
*Q1 2020 to Q3 2024*





Bike Shops

Within the Dry Goods category, the Sporting Goods & Outdoor Equipment subcategory is growing, supported by an increase in bike shops, as New Yorkers seek ways to recreate and commute.



Clothing Stores

While more clothing stores have closed than opened, nearly 1,900 new clothing stores have opened across the city since 2020—the most of any type of Dry Goods retailer.



Mobile Phone Stores

Since 2020, NYC has seen a 28% decline in the number of electronics & mobile phone stores, as consumers transition to online shopping and direct-to-consumer methods for purchasing and repairing their devices.



Data source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only. Photo source: Live XYZ.

# Category Highlight: Dry Goods Retail

Dry Goods Retail stores are experiencing net declines across the city, but most dramatically and consistently in Manhattan, which has had the highest rate and number of closures. Outside of Manhattan, certain neighborhoods are seeing small increases in dry goods retailers driven by local consumer trends.



**Dry Goods Retail Turnover by Borough**
*From Q1 2020 to Q3 2024*

Openings
Closures

Bronx: -327 (-13%)
Brooklyn: -597 (-9%)
Manhattan: -875 (-14%)
Queens: -404 (-9%)
Staten Island: -81 (-11%)



**Dry Goods Retail % Change**

+10% or more
+1% to +10%
-1% to +1%
-10% to -1%
-10% or less
N/A

Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only.

NYC PLANNING

# NYC has seen recent growth in Smoke Shops due to sale of unlicensed cannabis. The City is working to close these illicit shops while facilitating the location of licensed operators.

One driver of increased occupancy is the opening of new smoke & vape shops—many selling unlicensed cannabis, though others are selling accessories, hookah, or tobacco.

The City, working with Sheriff's Office, has created *Operation Padlock to Protect* to investigate stores that might be selling unlicensed cannabis. Cannabis NYC is working with business owners who are interested in locating licensed shops.

As of summer 2024, more than 1,000 unlicensed cannabis retailers have had operations halted or product seized as a part of *Operation Padlock to Protect* (though businesses may remain open to sell legal items).



| | Smoke & Vape Shop | Licensed Cannabis Dispensary |
|---|---|---|
| **Openings** *Q1 2020 to Q3 2024* | 2,248 | 59 |
| **Closures** *Q1 2020 to Q3 2024* | 935 | 0 |
| **Net Change** | +1,313 | +59 |
| **City Total** *Q3 2024* | **1,781** | **59** |

Data source: Live XYZ 2020 Q1 to 2024 Q3, storefronts only, Operation Padlock to Protect figures from Cannabis NYC. Photo sources: Live XYZ.



**NYC PLANNING**

# Category Highlight: Food & Drink, Entertainment

Growth in Food & Drink, Entertainment is occurring across many business types, but particularly among full-service restaurants, cafes, and bakeries. Standalone bars have seen a net decline.

## Food, Drink & Entertainment Turnover by Subcategory
### Q1 2020 to Q3 2024



Openings
Closures

Restaurant
Coffee & Tea
Sweets & Desserts
Bar
Juice & Smoothies
Art Gallery
Event Spaces & Banquet Halls
Other Food & Drink, Entertainment

0   1   2   3   4   5   6   7   8
Thousands



Event Spaces

Rentable event spaces are on the rise as families seek rooms for functions and celebrations.



Bakeries

New bakeries have been driving growth in the Sweets & Desserts subcategory, as consumer demand bolsters small-scale food production.

Restaurants

Increases in Mexican, Sushi, and Halal restaurants have led restaurant growth since 2020.

Data source: Live XYZ 2020 Q1 to 2024 Q3, storefronts only. Photo source: Live XYZ.

NYC PLANNING




# Category Highlight: Food & Drink

Growth in Food & Drink businesses is widespread but especially prevalent in Central Brooklyn and Northwest Queens. In Manhattan, much of the borough is seeing growth while the Central Business Districts have yet to recover. Across the city, more than 70% of neighborhoods are seeing an increase in Food & Drink businesses since 2020, and more than a quarter of neighborhoods have seen at least a 10% increase.

## Food & Drink Turnover by Borough
*From Q1 2020 to Q3 2024*





Food & Drink % Change

- +10% or more
- +1% to +10%
- -1% to +1%
- -10% to -1%
- -10% or less
- N/A

Data source: Live XYZ snapshot 2020 Q1 to 2024 Q3; storefronts only.

# Category Highlight: Business, Commercial & Professional Services

Since 2020, NYC has lost more than 10% of its storefront offices and professional services businesses, including real estate, financial offices, and other storefront office services, with notable exceptions in healthcare-related businesses and multiservice centers.

Home Care Agency businesses have increased, mirroring employment growth in this sector.

Multiservices centers have grown as single-purpose storefronts, such as travel agents, tax services, and other office-related functions consolidate multiple services into one space.

Office-related services that can often be conducted remotely or in home offices, such as real estate, insurance, law, and other financial services, have seen declines in storefront occupancy.

**Business & Prof. Services Turnover by Tag**
*Q1 2020 to Q3 2024*





Home Care Agencies

Multiservices Center

Real Estate Agencies

Legend: Openings, Closures

Categories (top to bottom):
Real Estate Agency
Multiservices Center
Tax Service Center
Bank
Business Office
Lawyer Office
Home Care Agency
Insurance Agency
Financial Services Center
Other Biz & Prof Services Tags

X-axis: 0, 200, 400, 600, 800, 1,000, 1,200, 1,400

Data source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only. Photo source: Live XYZ.



NYC PLANNING

# Category Highlight: Business, Commercial & Professional Services

Across the city, more than 75% of neighborhoods have seen decreases in offices and professional service storefront businesses since 2020, and more than half of neighborhoods have seen at least a 10% decrease.



**Business & Prof. Services Turnover by Borough**
*From Q1 2020 to Q3 2024*

Openings
Closures

Bronx -115 (-6%)
Brooklyn -633 (-15%)
Manhattan -289 (-15%)
Queens -324 (-9%)
Staten Island -62 (-10%)

**Biz/Prof. Services % Change**
+10% or more
+1% to +10%
-1% to +1%
-10% to -1%
-10% or less
N/A

Source: Live XYZ snapshot 2020 Q1 to 2024 Q3; storefronts only.

NYC PLANNING

# Category Highlight: Community Facilities

Among Community Facilities storefront occupants, increases in healthcare have offset declines in other kinds of organizations, such as religious centers and day cares.

## Community Facilities Turnover by Subcategory
### Q1 2020 to Q3 2024



Healthcare
Learning Centers & Studios
Religious Center
Organization (Non-Gov't)
Alternative Healthcare
Schools & Universities
Day Care Center
Other Community Facilities

■ Openings   ■ Closures

0    500    1,000    1,500    2,000    2,500



Healthcare

Consumer trends in healthcare, such as the rise of urgent care centers, have driven growth in healthcare storefront businesses.



Religious Centers

Religious centers, such as churches, have declined by 3% since 2020 but remain commonplace in storefronts across the city.

Day Care Centers

Since 2020, NYC has lost 10% of storefront daycare businesses, a trend that may make childcare options more limited for parents.

NYC PLANNING   Data source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only. Photo source: Live XYZ.

# Category Highlight: Community Facilities

High turnover in Community Facilities may be partially due to temporary pandemic-related closures, while changes largely net out across the city. Queens and Staten Island saw slight increases, while Brooklyn saw a slight decrease.



**Community Facilities Turnover by Borough**
*From Q1 2020 to Q3 2024*



**Community Facilities % Change**

- +10% or more
- +1% to +10%
- -1% to +1%
- -10% to -1%
- -10% or less
- N/A

Source: Live XYZ snapshot 2020 Q1 to 2024 Q3; storefronts only.

NYC PLANNING

Recent changes in storefront business composition are part of a long-term trend. Over the last two decades, the composition of storefront type businesses in NYC has shifted towards food & beverage businesses (nearly doubling) while dry goods retail and local services businesses have seen declines.

## Number of Businesses Citywide, 2000 to 2023

For over two decades, the composition of storefront businesses in NYC has been shifting strongly in favor of food and beverage businesses, with more than 10,000 more restaurants than at the turn of the century. Other forms of services like personal care have also grown dramatically, while businesses like clothing stores have shrunk.

| | Δ 2000 to 2023 | |
|---|---|---|
| Restaurants | +10.5k | +98% |
| Other Retail* | -540 | -5% |
| Food & Beverage Retail | +1.8k | +24% |
| Hair, Nail, & Skin Services | +2.5k | +83% |
| Other Services** | +1.6k | +48% |
| Clothing & Accessories | -920 | -16% |
| Health & Personal Care | +1.7k | +63% |
| Repair & Maintenance Services | -630 | -16% |
| General Merchandise*** | +540 | +52% |
| Bars | +340 | +28% |

Source: NYSDOL QCEW, 2000 to 2023 annual averages. Select NAICS 2022 codes in Food Services, Services, and Retail Trade. The chart includes select industries in Food and Beverage, Services, and Dry Retail. *Includes Motor Vehicle and Parts Dealers (441), Building Material & Garden Supply (444), Furniture, Home Furnishings, Electronics, and Appliance (449), and Sporting Goods, Hobby, Musical Instrument, Book, and Misc. (459); Gas and Fuel Dealers (457) are excluded. **Includes services other than Repair & Maintenance (811), such as Laundry and Drycleaning (8123), Funeral Homes (8122), Pet Care (8129), Photofinishing (81292), and All Other Personal Services (81299); excluded are Cemeteries and Crematories (8122), Parking Lots and Garages (8129), Religious and Similar Organizations (813), and Private Households (814). ***General Merchandise Retailers sell a large variety of goods and include department stores, dollar stores, and warehouse clubs and supercenters.



Nationwide e-commerce trends may be contributing to recent declines in dry goods retailers. As a share of total retail sales, e-commerce is approaching record highs set during the pandemic and rising 3x as quickly as non-e-commerce retail sales.

Online and direct-to-consumer shopping has continued to expand at a rapid pace and now represents 16% of all U.S. retail sales. As of Q2 2024, e-commerce sales have risen 6.7% over the last year, more than 5x as quickly as non-e-commerce sales, which rose 1.3% over the same period.

The continued growth of e-commerce means that traditional brick-and-mortar retailers may need to adapt to stay in business. Recent studies suggest that clothing, consumer electronics, furniture, and food & drink retailers are expected to see significant growth in e-commerce in the coming years.



Quarterly U.S. Retail Sales (Adjusted), Q1 2000 to Q2 2024

Sources: U.S. Census Bureau Retail Indicators Branch, *Monthly Retail Trade Survey*, 1Q2000–2Q2024; "How does E-Commerce Vary by Product Category?" CBRE, May 16, 2022.



Recently adopted zoning reforms through *City of Yes for Economic Opportunity* unlock storefront space to new kinds of businesses, many of which are seeing increased consumer demand.


Brewery


3D Printing

Jewelry Making


Arcades

Table Tennis


Virtual Reality

*City of Yes for Economic Opportunity* is a suite of recently adopted zoning reforms that enable more kinds of businesses to locate in storefronts, including:

- **Small-scale clean production** businesses, such as microbreweries, 3D printers, and jewelry makers;

- **Amusement and recreation** businesses, such as arcades, table tennis, and virtual reality gaming centers;

- **Local service and repair** businesses, such as bicycle rental and repair, clothing rental shops, or workforce training centers;

- **Micro-distribution facilities** to enable safer and more sustainable parcel deliveries; and

- **Indoor urban agriculture,** including hydroponics and vertical farming, so more food can be grown closer to communities.

These new business types will add vibrancy and diversity to commercial corridors and combat storefront vacancy by making it easier to fill empty space with a wider range of business types.

For more information, visit: nyc.gov/YesEconomicOpportunity.


NYC PLANNING

31



## FINDING #3:

## THRIVING LOCAL ECONOMIES ARE DRIVING THE CITY'S STOREFRONT RECOVERY

As stores open, close, and adapt to a post-Covid environment, the combined effects of citywide market changes intersect with building and neighborhood-level conditions in unique ways. Features like the level of dynamism and foot traffic in a neighborhood, the relative concentrations of growing or shrinking sectors, can have major effects on the amount of vacancy experienced. Changing remote work patterns, demographic changes, and the return of tourism all work in the background to affect the viability of different store types. Localized conditions from store size – whether full or vacant – in the appeal of the public realm, play roles in attracting and retaining commercial tenants.

# Remote work changes the geography of daytime populations, affecting daytime shopping habits in neighborhoods.



## % Primarily Worked from Home, 2023

NYC 13%
U.S. 14%

30%+
0%

More than
**2X** 2019 rate



13% of New Yorkers are now primarily working from home—a figure that has more than doubled since 2019 and one that even excludes hybrid workers who also report to an office. These remote workers amount to at least 530k New Yorkers who stay in their neighborhoods during daytime hours, greatly benefitting commercial businesses in those neighborhoods as workers may be more likely to spend money at lunchtime and throughout the day.

The greatest beneficiaries of this trend have been neighborhoods like Williamsburg and Park Slope, where 26% and 29% of residents primarily worked from home in 2023, respectively. Parts of Manhattan are also home to large shares of remote workers, which buffers the overall effect of lost daytime office worker foot traffic.



Source: DCP analysis of U.S. Census Bureau American Community Survey (ACS) 1-Year Estimates, 2023; represents the share of NYC resident workers aged 16 and older who reported that they primarily worked from home by Public Use Microdata Area (PUMA). Photo source: PowerPoint.

# Remote work changes the geography of daytime populations, affecting daytime shopping habits.



**Daytime Increase in Population Before Covid**

- 40k–20k *fewer* people during the day
- 20k–5k *fewer* people during the day
- Daytime and nighttime are similar
- 5k–20k *more* people during the day
- 20k or more people during the day



On a typical day before the pandemic, incoming workers swelled Midtown Manhattan's daytime population by more than one million. While employment has increased since then, and there may be more residents working remotely, there are fewer office workers in Midtown and Lower Manhattan today, which affects storefront businesses through reduced spending and foot traffic.

Sources: Longitudinal Employment - Household Dynamics Program, 2018; "The Ins and Outs of NYC Commuting", NYC Department of City Planning, September 2019.
Note: Map depicts 2010 Neighborhood Tabulation Area (NTA) geographies

NYC PLANNING

# Foot traffic is recovering but remains lowest in commercial areas most dependent on office workers.

The effects of remote work can also be measured by foot traffic in various commercial hubs across the city. In commercial areas outside of the Manhattan Central Business Districts, foot traffic has largely returned or even surpassed pre-Covid levels. In Midtown and Lower Manhattan, foot traffic is still 20% lower than it was in 2019.



**Average Daily Foot Traffic vs. 2019 by Year**

Source: Placer.ai via NYCEDC. See Appendix for Geographies.



# Storefront vacancy changes are most pronounced in areas affected by shifts in remote work.

Areas like Downtown and Midtown Manhattan, which relied heavily on an influx of daytime workers, have seen the largest increases in vacancy since before the pandemic. Areas like Upper Manhattan and the outer boroughs, less reliant on this influx and experiencing more workers staying home, have seen significant vacancy declines.

## Neighborhood Tabulation Areas (NTAs) with Greatest Changes in Vacancy
*From Q1 2020 to Q3 2024*



| NTA | Change |
|---|---|
| Springfield Gardens (South)–Brookville | +9.7% |
| East Midtown–Turtle Bay | +7.9% |
| Financial District–Battery Park City | +7.1% |
| Kew Gardens Hills | +6.0% |
| College Point | +5.8% |
| Parkchester | +5.6% |
| Brighton Beach | +5.1% |
| Brooklyn Heights | +5.0% |
| Midtown–Times Square | +4.7% |
| Midtown South–Flatiron–Union Square | +4.5% |
| Washington Heights (North) | -3.3% |
| Clinton Hill | -3.3% |
| Inwood | -3.4% |
| Hamilton Heights–Sugar Hill | -3.4% |
| Highbridge | -3.7% |
| Jamaica Estates–Holliswood | -3.8% |
| St. George–New Brighton | -3.9% |
| Pelham Parkway–Van Nest | -4.0% |
| Mariner's Harbor–Arlington–Graniteville | -4.2% |
| Kingsbridge–Marble Hill | -4.2% |

## Change in Vacancy Rate,
*Pre-Covid to Q3 2024*



- +5% or more
- +2.5% to +5%
- +1% to +2.5%
- -1% to +1%
- -2.5% to -1%
- -2.5% or less
- N/A



Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only. Note "N/A" geographies include parks, cemeteries, and any NTA with fewer than 200 storefronts to control for outliers.

**NYC PLANNING**

# The amount of storefront turnover a neighborhood experiences may also impact its success.

The frequency with which storefronts change tenants, referred to as "turnover", is an indicator of the level of dynamism in a commercial market and may provide insights on trends and conditions in a neighborhood.

For instance, if an area is experiencing high storefront turnover and its vacancy rate is decreasing, which is the case in Bedford-Stuyvesant, Williamsburg, and the East Village, that may be an indicator of a recovering market.

If turnover is high but vacancy remains relatively constant or increases, as is the case in the Financial District, SoHo, and Rockaway Beach, that may be a sign of market pressure or other conditions that prevent storefront businesses from establishing a lasting presence in the neighborhood.

Low turnover is often indicative of a stable market, such as in Inwood, Parkchester, or Astoria.



**Turnover Rate**

28%

6%

N/a

*Turnover Rate = % of storefront spaces with a change in occupancy from Q3 2023 to Q2 2024*

Source: Live XYZ 2023 Q3 to 2024 Q2; storefronts only

NYC PLANNING

# Perceptions of vacancy can depend on the size, position, or clustering of empty space

Quantitative data do not tell a complete story, and sometimes vary from the perceptions of vacancy on a corridor. In a recent NYC Small Business Services (SBS) survey of BIDs, the majority of respondents identified hotspots, large floorplate vacancies, and perceptions of vacancy as challenges, independent of actual vacancy rates.



**Activated storefronts on the Upper East Side.** One of the pictured storefronts has been activated through *Art on the Ave NYC*, a nonprofit placing local artists in vacant storefronts in high visibility locations.



**A line of 4 vacant storefronts along East 86th Street.** An incoming development resulted in the closure of multiple adjacent storefronts, contributing to a clustering of vacancy.



**A vacant former pharmacy along Broadway in Astoria.** Stores like pharmacies, banks, and gyms often have uniquely large footprints at prominent locations, making their closure highly visible and a large enough replacement tenant hard to find.

Source: Cyclomedia, March 2024.

**NYC**
PLANNING

# NYC Open Streets experience less storefront vacancy than the city as a whole.

The **NYCDOT Open Streets Program** provides partial or full street closures for public amenity. Open Streets exist on over 200 streets across the city and are home to over 2,600 storefronts. Storefronts along Open Streets experience a 9.9% vacancy rate, lower than the citywide rate of 11.1%. Open Streets are seeing greater recovery to pre-Covid vacancy rates, and many Open Streets are experiencing vacancy considerably lower than their surrounding neighborhoods as a whole, as evidenced by the 3 examples below:



**Vanderbilt Avenue**
*Open Street in*
*Prospect Heights, BK*

86 Storefronts
8.1% Vacancy
*Prospect Heights: 13.3%*

**Orchard Street**
*Open Street in*
*Lower East Side, MN*

149 Storefronts
6.7% Vacancy
*Lower East Side: 16.0%*

**Columbus Avenue**
*Open Street in*
*Upper West Side, MN*

121 Storefronts
3.3% Vacancy
*UWS-Lincoln SQ: 8.0%*

Services | Retail | Food & Drink, Entertainment | Community Facilities | ○ Vacant

Sources: Live XYZ 2024 Q3, storefronts only; NYC Open Streets



# Public realm improvements or obstructions can affect the vacancy of nearby storefronts.

Other City programs are deeply invested in improving the public realm, which in turn increases foot traffic and improves storefront opportunities. The POPS program, which creates public space in private developments in exchange for a zoning floor area bonus, the DOT Plaza program which activates portions of roadway space for pedestrian and neighborhood uses, and the #GetShedsDown program, which incentivizes property owners to expedite repairs to minimize construction sheds, all show promising potential to improve corridor conditions and reduce vacancies.



Vacant storefronts at E. 49th St. and Lexington Ave., with scaffolding obscuring the ground floor. Storefronts underneath scaffolding have a 17.6% vacancy rate, a rate significantly higher than that of the citywide average.
*Photo Source: Cyclomedia, April 2024.*



Corona Plaza in Queens, where the vacancy rate of surrounding storefronts (5.9%) is lower than adjacent Roosevelt Avenue's rate (7.7%).
*Photo Source: Cyclomedia, August 2023.*



The Privately Owned Public Space (POPS) at 85 Broad Street in Lower Manhattan, where the vacancy of surrounding storefronts is 3.9% compared to 24.3% across the neighborhood.
*Photo Source: Cyclomedia, May 2023.*




NYC PLANNING

Source: Live XYZ 2024 Q2; storefronts only.

# Business Improvement Districts (BIDs) can have a positive impact on storefront vacancy, especially in disrupted or hot corridors and neighborhoods.

BID vacancy across the city (13.2%) is higher than the city rate (11.1%), likely because BID geographies include some of the corridors hit hardest by the pandemic. However, many BIDs experience healthier ground-floor conditions than their surrounding neighborhoods. The Times Square, Park Slope Fifth Avenue and Morris Park BID areas have lower vacancy rates than their surrounding neighborhoods, and the latter two have seen significant vacancy declines since pre-pandemic (-4.5% and -4.4%, respectively).



**Times Sq. Alliance**
*BID in Midtown, MN*

660 Storefronts
11.5% Vacancy
*Midtown-Times Sq NTA: 16.3%*

**Park Slope Fifth Ave. BID**
*BID in Park Slope, BK*

550 Storefronts
7.1% Vacancy
*Park Slope NTA: 8.4%*

**Morris Park BID**
*BID in Morris Park, BX*

300 Storefronts
2.7% Vacancy
*Morris Park NTA: 6.5%*

Legend: Services, Retail, Food & Drink, Entertainment, Community Facilities, O Vacant



# Looking forward

As NYC continues to invest in thriving commercial districts, a multi-pronged approach as contemplated in the *Making New York Work for Everyone Action Plan* will continue to be needed. Live XYZ data will allow the City to continue to improve and target interventions in new and more strategic ways. Some ongoing opportunities include:

- Strengthening the tools and existing conditions understanding for Commercial District Needs Assessments (CDNAs)
- Monitoring the growth of newly legalized storefront industries through *City of Yes for Economic Opportunity*, like clean production, urban agriculture, and experiential retail
- Exploring the efficacy of quality-of-life enhancements, public space expansion, and activations on retail change
- Supporting the ongoing work of BIDs, Chambers, and civic groups in supporting local business conditions
- Assisting businesses, property owners, and brokers to explore new opportunities for entrepreneurs, childcare, creative space and more

DCP will continue to provide routine neighborhood and corridor-level analysis to inform ongoing land use work and share with our government partners, business improvement organizations, and others involved in the constant work of commercial corridor support and revitalization.

Illustration source: "Principles of Good Urban Design for New York City," NYC Department of City Planning, March 2024.





# Acknowledgements

## NYC Department of City Planning

Dan Garodnick, Director

Edith Hsu-Chen, Executive Director

Laura Smith, Deputy Executive Director

## Economic Development & Regional Planning Division

Carolyn Grossman Meagher, Director

Matt Waskiewicz, Assistant Director

Michael Carper, Associate Planner

Nicholas Moore, Associate Planner

## NYC Department of Small Business Services

Calvin Brown, Deputy Commissioner of Neighborhood/Development

Sachi Cooper, Policy Advisor

## Live XYZ

Jason Greenwald, Founder & CEO

Dan Langus, Vice President, Content

Chris Bradicich, Director, Partnerships & Growth

## NYC First Deputy Mayor

Kelly Gu, Senior Advisor

B.J. Jones, "New" New York Executive Director

# Appendix | Neighborhood Statistics

| Borough | Neighborhood (NTA) Name | Total Storefronts | Occupied Count | Occupant Composition | | | | Openings Since Q1'20 | Closures Since Q1'20 | Net Chg. Since Q1'20 | Vacant Count | Vacancy Rate Q3 2024 | Vacancy Rate Q3 2023 | Vacancy Rate Q1 2020 | Chronic Vacancy Count | Chronic Vacancy % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Community Facilities | Food & Drink, Entertainment | Retail | Services | | | | | | | | | |
| Bronx | Allerton | 386 | 360 | 58 | 56 | 114 | 132 | 102 | 110 | -8 | 26 | 6.7% | 6.2% | 5.6% | 10 | 38% |
| Bronx | Bedford Park | 451 | 418 | 91 | 60 | 129 | 138 | 115 | 115 | 0 | 33 | 7.3% | 8.8% | 9.4% | 15 | 45% |
| Bronx | Belmont | 739 | 674 | 121 | 137 | 188 | 224 | 205 | 195 | 10 | 65 | 8.8% | 9.0% | 11.1% | 34 | 52% |
| Bronx | Castle Hill-Unionport | 470 | 424 | 77 | 71 | 120 | 154 | 122 | 139 | -17 | 46 | 9.8% | 10.6% | 8.9% | 19 | 41% |
| Bronx | Claremont Village-Claremont (East) | 295 | 260 | 81 | 20 | 63 | 95 | 63 | 62 | 1 | 35 | 11.9% | 12.1% | 13.6% | 20 | 57% |
| Bronx | Concourse-Concourse Village | 910 | 836 | 154 | 121 | 274 | 283 | 184 | 224 | -40 | 74 | 8.1% | 9.0% | 7.4% | 37 | 50% |
| Bronx | Co-op City | 205 | 191 | 30 | 34 | 80 | 47 | 43 | 40 | 3 | 14 | 6.8% | 8.8% | 6.9% | 2 | 14% |
| Bronx | Crotona Park East | 419 | 367 | 106 | 27 | 119 | 114 | 109 | 116 | -7 | 52 | 12.4% | 11.8% | 11.6% | 22 | 42% |
| Bronx | Eastchester-Edenwald-Baychester | 604 | 551 | 98 | 74 | 126 | 248 | 177 | 181 | -4 | 53 | 8.8% | 7.2% | 9.9% | 22 | 42% |
| Bronx | Fordham Heights | 638 | 600 | 75 | 80 | 263 | 182 | 190 | 186 | 4 | 38 | 6.0% | 5.5% | 6.6% | 13 | 34% |
| Bronx | Highbridge | 294 | 277 | 67 | 32 | 88 | 90 | 90 | 83 | 7 | 17 | 5.8% | 6.4% | 9.5% | 9 | 53% |
| Bronx | Hunts Point | 590 | 530 | 71 | 41 | 97 | 308 | 132 | 158 | -26 | 60 | 10.2% | 12.4% | 10.3% | 32 | 53% |
| Bronx | Hutchinson Metro Center | 53 | 44 | 13 | 5 | 9 | 15 | 5 | 13 | -8 | 9 | 17.0% | 14.3% | 7.1% | 4 | 44% |
| Bronx | Kingsbridge Heights-Van Cortlandt Village | 201 | 188 | 35 | 31 | 50 | 71 | 49 | 58 | -9 | 13 | 6.5% | 7.9% | 7.1% | 4 | 31% |
| Bronx | Kingsbridge-Marble Hill | 436 | 404 | 71 | 85 | 127 | 130 | 131 | 130 | 1 | 22 | 5.0% | 7.0% | 9.3% | 12 | 55% |
| Bronx | Longwood | 761 | 687 | 140 | 85 | 245 | 216 | 198 | 202 | -4 | 74 | 9.7% | 9.6% | 10.3% | 35 | 47% |
| Bronx | Melrose | 841 | 772 | 190 | 84 | 309 | 183 | 242 | 267 | -25 | 69 | 8.2% | 8.8% | 8.6% | 24 | 35% |
| Bronx | Morris Park | 459 | 429 | 82 | 62 | 75 | 208 | 128 | 135 | -7 | 30 | 6.5% | 6.6% | 6.9% | 11 | 37% |
| Bronx | Morrisania | 484 | 438 | 147 | 42 | 126 | 121 | 122 | 130 | -8 | 46 | 9.5% | 9.5% | 8.7% | 23 | 50% |
| Bronx | Mott Haven-Port Morris | 1,174 | 1,045 | 201 | 137 | 328 | 362 | 282 | 315 | -33 | 129 | 11.0% | 10.2% | 10.2% | 63 | 49% |
| Bronx | Mount Eden-Claremont (West) | 748 | 706 | 120 | 80 | 238 | 287 | 272 | 211 | 1 | 42 | 5.6% | 6.8% | 6.1% | 14 | 42% |
| Bronx | Mount Hope | 639 | 579 | 90 | 63 | 190 | 235 | 172 | 175 | -3 | 60 | 9.4% | 10.9% | 10.3% | 26 | 43% |
| Bronx | Norwood | 549 | 512 | 114 | 79 | 166 | 153 | 163 | 175 | -12 | 37 | 6.7% | 6.8% | 7.2% | 9 | 24% |
| Bronx | Parkchester | 336 | 303 | 63 | 52 | 111 | 77 | 96 | 107 | -11 | 33 | 9.8% | 8.3% | 4.2% | 5 | 15% |
| Bronx | Pelham Bay-Country Club-City Island | 418 | 379 | 59 | 96 | 90 | 132 | 118 | 118 | 0 | 39 | 9.3% | 10.9% | 8.2% | 17 | 44% |
| Bronx | Pelham Gardens | 285 | 267 | 55 | 42 | 68 | 102 | 69 | 68 | 1 | 18 | 6.3% | 8.4% | 7.7% | 8 | 44% |
| Bronx | Pelham Parkway-Van Nest | 509 | 476 | 72 | 76 | 142 | 183 | 130 | 110 | 20 | 33 | 6.5% | 6.9% | 10.5% | 15 | 45% |
| Bronx | Riverdale-Spuyten Duyvil | 348 | 315 | 74 | 77 | 59 | 105 | 71 | 81 | -10 | 33 | 9.5% | 13.2% | 8.4% | 12 | 36% |
| Bronx | Soundview-Bruckner-Bronx River | 802 | 747 | 125 | 113 | 264 | 238 | 239 | 246 | -7 | 65 | 8.0% | 7.0% | 7.2% | 29 | 45% |
| Bronx | Soundview-Clason Point | 221 | 198 | 46 | 24 | 69 | 59 | 75 | 86 | -11 | 23 | 10.4% | 12.7% | 8.3% | 9 | 39% |
| Bronx | Throgs Neck-Schuylerville | 505 | 479 | 102 | 92 | 98 | 185 | 172 | 162 | 10 | 26 | 5.1% | 5.8% | 7.3% | 9 | 35% |
| Bronx | Tremont | 563 | 509 | 125 | 51 | 186 | 146 | 134 | 147 | -13 | 54 | 9.6% | 8.7% | 8.2% | 20 | 37% |
| Bronx | University Heights (North)-Fordham | 465 | 429 | 70 | 65 | 175 | 117 | 127 | 132 | -5 | 36 | 7.7% | 8.1% | 9.1% | 10 | 28% |
| Bronx | University Heights (South)-Morris Heights | 519 | 482 | 110 | 59 | 152 | 159 | 127 | 137 | -10 | 37 | 7.1% | 7.3% | 5.6% | 13 | 35% |
| Bronx | Wakefield-Woodlawn | 651 | 607 | 112 | 97 | 165 | 228 | 155 | 163 | -8 | 44 | 6.8% | 7.9% | 6.8% | 17 | 39% |
| Bronx | West Farms | 218 | 199 | 41 | 23 | 69 | 65 | 53 | 59 | -6 | 19 | 8.7% | 6.8% | 6.8% | 9 | 47% |
| Bronx | Westchester Square | 513 | 469 | 90 | 54 | 121 | 193 | 175 | 180 | -5 | 44 | 8.6% | 7.6% | 9.3% | 17 | 39% |
| Bronx | Williamsbridge-Olinville | 749 | 701 | 143 | 92 | 215 | 250 | 217 | 203 | 14 | 48 | 6.4% | 7.8% | 9.6% | 17 | 35% |

Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only



# Appendix | Neighborhood Statistics

| Borough | Neighborhood (NTA) Name | Total Storefronts | Occupied Count | Occupant Composition | | | | Openings Since Q1'20 | Closures Since Q1'20 | Net Chg. Since Q1'20 | Vacant Count | Vacancy Rate Q3 2024 | Vacancy Rate Q3 2023 | Vacancy Rate Q1 2020 | Chronic Vacancy Count | Chronic Vacancy % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Community Facilities | Food & Drink, Entertainment | Retail | Services | | | | | | | | | |
| Brooklyn | Bath Beach | 436 | 402 | 73 | 61 | 130 | 138 | 145 | 140 | 5 | 34 | 7.8% | 8.7% | 8.5% | 6 | 18% |
| Brooklyn | Bay Ridge | 1,761 | 1,600 | 339 | 328 | 406 | 525 | 577 | 642 | -65 | 161 | 9.1% | 10.4% | 8.0% | 40 | 25% |
| Brooklyn | Bedford-Stuyvesant (East) | 1,280 | 1,081 | 239 | 225 | 330 | 286 | 442 | 401 | 31 | 199 | 15.5% | 15.5% | 18.0% | 106 | 53% |
| Brooklyn | Bedford-Stuyvesant (West) | 1,497 | 1,258 | 256 | 258 | 416 | 377 | 434 | 356 | 78 | 239 | 16.0% | 16.8% | 15.2% | 116 | 47% |
| Brooklyn | Bensonhurst | 1,682 | 1,525 | 251 | 251 | 539 | 519 | 571 | 582 | -11 | 156 | 9.3% | 9.3% | 9.8% | 53 | 34% |
| Brooklyn | Borough Park | 1,640 | 1,478 | 284 | 136 | 642 | 403 | 322 | 376 | -54 | 162 | 9.9% | 9.8% | 9.3% | 84 | 52% |
| Brooklyn | Brighton Beach | 593 | 521 | 133 | 59 | 198 | 130 | 174 | 211 | -37 | 72 | 12.3% | 10.9% | 7.3% | 14 | 19% |
| Brooklyn | Brooklyn Heights | 409 | 352 | 63 | 112 | 80 | 97 | 127 | 90 | -20 | 57 | 13.9% | 14.1% | 9.0% | 11 | 19% |
| Brooklyn | Brownsville | 768 | 665 | 155 | 75 | 268 | 165 | 226 | 224 | 2 | 103 | 13.4% | 13.2% | 13.9% | 53 | 51% |
| Brooklyn | Bushwick (East) | 786 | 692 | 121 | 120 | 255 | 194 | 250 | 243 | 7 | 94 | 12.0% | 11.7% | 13.6% | 49 | 52% |
| Brooklyn | Bushwick (West) | 1,272 | 1,120 | 172 | 306 | 364 | 273 | 439 | 420 | 19 | 152 | 11.9% | 14.0% | 12.8% | 56 | 37% |
| Brooklyn | Canarsie | 821 | 751 | 187 | 101 | 203 | 258 | 187 | 212 | -25 | 70 | 8.5% | 9.2% | 6.6% | 16 | 23% |
| Brooklyn | Carroll Gardens-Cobble Hill-Gowanus-Red Hook | 1,757 | 1,510 | 252 | 337 | 306 | 595 | 565 | 599 | -34 | 247 | 14.1% | 14.7% | 14.1% | 103 | 42% |
| Brooklyn | Clinton Hill | 407 | 375 | 85 | 110 | 88 | 92 | 99 | 108 | -9 | 32 | 7.9% | 8.8% | 11.2% | 16 | 50% |
| Brooklyn | Coney Island-Sea Gate | 562 | 492 | 103 | 91 | 136 | 160 | 162 | 156 | 6 | 70 | 12.5% | 11.8% | 13.3% | 31 | 44% |
| Brooklyn | Crown Heights (North) | 1,335 | 1,117 | 247 | 218 | 310 | 337 | 407 | 454 | -47 | 218 | 16.3% | 14.3% | 15.5% | 81 | 37% |
| Brooklyn | Crown Heights (South) | 682 | 580 | 123 | 95 | 192 | 170 | 190 | 210 | -20 | 102 | 15.0% | 15.5% | 15.1% | 49 | 48% |
| Brooklyn | Cypress Hills | 629 | 560 | 73 | 83 | 193 | 206 | 269 | 275 | -6 | 69 | 11.0% | 15.2% | 11.4% | 26 | 38% |
| Brooklyn | Downtown Brooklyn-DUMBO-Boerum Hill | 1,193 | 1,020 | 174 | 276 | 308 | 259 | 387 | 399 | -12 | 173 | 14.5% | 15.6% | 14.0% | 55 | 32% |
| Brooklyn | Dyker Heights | 792 | 713 | 139 | 102 | 199 | 268 | 264 | 290 | -26 | 79 | 10.0% | 12.7% | 9.1% | 22 | 28% |
| Brooklyn | East Flatbush-Erasmus | 943 | 823 | 192 | 140 | 245 | 244 | 370 | 410 | -40 | 120 | 12.7% | 9.9% | 12.9% | 44 | 37% |
| Brooklyn | East Flatbush-Farragut | 406 | 368 | 84 | 50 | 79 | 148 | 118 | 118 | 0 | 38 | 9.4% | 8.8% | 9.9% | 14 | 37% |
| Brooklyn | East Flatbush-Remsen Village | 573 | 502 | 125 | 63 | 162 | 150 | 189 | 212 | -23 | 71 | 12.4% | 12.7% | 8.2% | 23 | 32% |
| Brooklyn | East Flatbush-Rugby | 815 | 698 | 169 | 103 | 184 | 237 | 260 | 309 | -49 | 117 | 14.4% | 14.6% | 10.1% | 31 | 26% |
| Brooklyn | East New York (North) | 702 | 574 | 167 | 45 | 148 | 210 | 169 | 217 | -48 | 128 | 18.2% | 18.0% | 15.4% | 55 | 43% |
| Brooklyn | East New York-City Line | 423 | 396 | 69 | 51 | 144 | 131 | 142 | 163 | -21 | 27 | 6.4% | 5.7% | 5.2% | 8 | 30% |
| Brooklyn | East New York-New Lots | 692 | 626 | 149 | 73 | 191 | 209 | 170 | 175 | -5 | 66 | 9.5% | 9.5% | 9.8% | 35 | 53% |
| Brooklyn | East Williamsburg | 1,740 | 1,476 | 198 | 336 | 379 | 557 | 491 | 512 | -21 | 264 | 15.2% | 15.8% | 14.7% | 107 | 41% |
| Brooklyn | Flatbush | 984 | 867 | 154 | 139 | 333 | 242 | 372 | 421 | -49 | 115 | 11.7% | 13.3% | 8.8% | 15 | 13% |
| Brooklyn | Flatbush (West)-Ditmas Park-Parkville | 664 | 595 | 134 | 115 | 184 | 158 | 225 | 245 | -20 | 69 | 10.4% | 8.7% | 7.8% | 23 | 33% |
| Brooklyn | Flatlands | 1,066 | 943 | 197 | 120 | 227 | 395 | 295 | 309 | -14 | 123 | 11.5% | 10.5% | 10.9% | 42 | 34% |
| Brooklyn | Fort Greene | 484 | 420 | 66 | 131 | 112 | 110 | 140 | 169 | -29 | 64 | 13.2% | 10.7% | 16.3% | 20 | 31% |
| Brooklyn | Gravesend (East)-Homecrest | 1,161 | 1,052 | 186 | 156 | 375 | 334 | 378 | 423 | -45 | 109 | 9.4% | 9.9% | 9.0% | 23 | 21% |
| Brooklyn | Gravesend (South) | 158 | 136 | 39 | 16 | 37 | 44 | 32 | 48 | -16 | 22 | 13.9% | 15.2% | 9.4% | 8 | 36% |
| Brooklyn | Gravesend (West) | 850 | 759 | 142 | 120 | 246 | 250 | 292 | 319 | -27 | 91 | 10.7% | 12.1% | 8.4% | 25 | 27% |
| Brooklyn | Greenpoint | 1,256 | 1,111 | 138 | 285 | 303 | 381 | 378 | 357 | 21 | 145 | 11.5% | 12.7% | 14.3% | 60 | 41% |
| Brooklyn | Kensington | 515 | 466 | 90 | 73 | 147 | 156 | 164 | 196 | -32 | 49 | 9.5% | 12.4% | 6.4% | 15 | 31% |
| Brooklyn | Madison | 665 | 616 | 163 | 83 | 189 | 178 | 195 | 225 | -30 | 49 | 7.4% | 8.9% | 7.2% | 11 | 22% |
| Brooklyn | Mapleton-Midwood (West) | 543 | 477 | 98 | 46 | 175 | 154 | 146 | 181 | -35 | 66 | 12.2% | 13.5% | 9.5% | 26 | 39% |
| Brooklyn | Marine Park-Mill Basin-Bergen Beach | 540 | 479 | 124 | 77 | 127 | 146 | 138 | 147 | -9 | 61 | 11.3% | 8.3% | 9.4% | 21 | 34% |

Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only



# Appendix | Neighborhood Statistics

| Borough | Neighborhood (NTA) Name | Total Storefronts | Occupied Count | Community Facilities | Food & Drink, Entertainment | Retail | Services | Openings Since Q1'20 | Closures Since Q1'20 | Net Chg. Since Q1'20 | Vacant Count | Vacancy Rate Q3 2024 | Vacancy Rate Q3 2023 | Vacancy Rate Q1 2020 | Chronic Vacancy Count | Chronic Vacancy % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brooklyn | Midwood | 576 | 533 | 92 | 142 | 166 | 130 | 171 | 187 | -16 | 43 | 7.5% | 7.3% | 6.9% | 11 | 26% |
| Brooklyn | Ocean Hill | 558 | 456 | 58 | 104 | 124 | 169 | 122 | 127 | -5 | 102 | 18.3% | 18.0% | 20.8% | 67 | 66% |
| Brooklyn | Park Slope | 1,251 | 1,146 | 250 | 376 | 255 | 264 | 449 | 454 | -5 | 105 | 8.4% | 10.6% | 11.0% | 29 | 28% |
| Brooklyn | Prospect Heights | 475 | 412 | 69 | 88 | 103 | 151 | 138 | 144 | -6 | 63 | 13.3% | 11.8% | 14.9% | 25 | 40% |
| Brooklyn | Prospect Lefferts Gardens-Wingate | 785 | 671 | 157 | 140 | 188 | 185 | 266 | 295 | -29 | 114 | 14.5% | 14.5% | 13.4% | 39 | 34% |
| Brooklyn | Sheepshead Bay-Manhattan Beach-Gerritsen Beach | 899 | 802 | 175 | 140 | 235 | 248 | 279 | 307 | -28 | 97 | 10.8% | 10.8% | 11.2% | 33 | 34% |
| Brooklyn | South Williamsburg | 508 | 444 | 131 | 37 | 201 | 74 | 74 | 103 | -29 | 64 | 12.6% | 11.0% | 9.7% | 48 | 75% |
| Brooklyn | Spring Creek-Starrett City | 129 | 125 | 31 | 19 | 61 | 14 | 30 | 22 | 8 | 4 | 3.1% | 7.4% | 7.3% | 2 | 44% |
| Brooklyn | Sunset Park (Central) | 1,167 | 1,070 | 187 | 234 | 359 | 286 | 432 | 420 | 12 | 97 | 8.3% | 8.1% | 7.4% | 73 | 75% |
| Brooklyn | Sunset Park (East)-Borough Park (West) | 635 | 571 | 86 | 171 | 143 | 171 | 191 | 217 | -26 | 64 | 10.1% | 10.7% | 7.6% | 13 | 21% |
| Brooklyn | Sunset Park (West) | 1,637 | 1,448 | 162 | 215 | 439 | 632 | 404 | 439 | -35 | 189 | 11.5% | 12.0% | 9.7% | 36 | 19% |
| Brooklyn | Williamsburg | 1,855 | 1,574 | 194 | 503 | 460 | 416 | 626 | 542 | 84 | 281 | 15.1% | 14.0% | 16.4% | 96 | 34% |
| Brooklyn | Windsor Terrace-South Slope | 342 | 321 | 80 | 81 | 79 | 81 | 94 | 88 | 6 | 21 | 6.1% | 6.6% | 8.5% | 8 | 40% |
| Manhattan | Chelsea-Hudson Yards | 1,661 | 1,378 | 143 | 510 | 318 | 405 | 452 | 503 | -51 | 283 | 17.0% | 16.4% | 13.6% | 40 | 14% |
| Manhattan | Chinatown-Two Bridges | 1,521 | 1,217 | 150 | 375 | 405 | 286 | 468 | 558 | -90 | 304 | 20.0% | 19.2% | 15.9% | 91 | 30% |
| Manhattan | East Harlem (North) | 1,165 | 986 | 215 | 189 | 305 | 271 | 368 | 363 | 5 | 179 | 15.4% | 16.2% | 17.1% | 68 | 38% |
| Manhattan | East Harlem (South) | 789 | 699 | 145 | 213 | 161 | 180 | 220 | 217 | 3 | 90 | 11.4% | 11.8% | 13.6% | 41 | 45% |
| Manhattan | East Midtown-Turtle Bay | 1,356 | 1,096 | 138 | 401 | 225 | 329 | 312 | 416 | -104 | 260 | 19.2% | 19.7% | 11.3% | 101 | 39% |
| Manhattan | East Village | 1,889 | 1,624 | 188 | 716 | 377 | 345 | 741 | 752 | -11 | 265 | 14.0% | 14.8% | 14.8% | 64 | 24% |
| Manhattan | Financial District-Battery Park City | 1,098 | 832 | 118 | 339 | 156 | 218 | 254 | 326 | -72 | 266 | 24.2% | 24.2% | 17.1% | 72 | 27% |
| Manhattan | Gramercy | 736 | 643 | 123 | 231 | 113 | 175 | 218 | 274 | -56 | 93 | 12.6% | 12.6% | 9.7% | 41 | 44% |
| Manhattan | Greenwich Village | 1,229 | 1,036 | 178 | 406 | 263 | 189 | 334 | 370 | -36 | 193 | 15.7% | 14.6% | 12.5% | 42 | 22% |
| Manhattan | Hamilton Heights-Sugar Hill | 646 | 571 | 109 | 123 | 179 | 156 | 189 | 172 | 17 | 75 | 11.6% | 11.9% | 15.0% | 27 | 36% |
| Manhattan | Harlem (North) | 1,076 | 936 | 235 | 180 | 273 | 245 | 238 | 239 | -1 | 140 | 13.0% | 14.0% | 15.9% | 60 | 43% |
| Manhattan | Harlem (South) | 892 | 749 | 179 | 156 | 228 | 179 | 404 | 416 | -12 | 143 | 16.0% | 15.6% | 16.2% | 61 | 43% |
| Manhattan | Hell's Kitchen | 1,375 | 1,211 | 122 | 513 | 239 | 333 | 174 | 172 | 2 | 164 | 11.9% | 13.9% | 11.1% | 57 | 35% |
| Manhattan | Inwood | 614 | 576 | 90 | 125 | 173 | 187 | 410 | 424 | -14 | 38 | 6.2% | 8.6% | 9.6% | 13 | 34% |
| Manhattan | Lower East Side | 1,189 | 999 | 100 | 390 | 304 | 205 | 600 | 698 | -98 | 190 | 16.0% | 16.0% | 16.1% | 120 | 63% |
| Manhattan | Manhattanville-West Harlem | 277 | 250 | 72 | 39 | 71 | 68 | 61 | 60 | 1 | 27 | 9.7% | 11.4% | 11.7% | 15 | 56% |
| Manhattan | Midtown South-Flatiron-Union Square | 1,960 | 1,627 | 121 | 577 | 578 | 346 | 736 | 889 | -153 | 333 | 17.0% | 17.0% | 12.5% | 40 | 12% |
| Manhattan | Midtown-Times Square | 3,026 | 2,532 | 158 | 1016 | 816 | 532 | 896 | 889 | 7 | 494 | 16.3% | 16.3% | 11.7% | 133 | 27% |
| Manhattan | Morningside Heights | 350 | 325 | 114 | 96 | 67 | 47 | 54 | 61 | -7 | 25 | 7.1% | 7.7% | 7.0% | 10 | 39% |
| Manhattan | Murray Hill-Kips Bay | 1,027 | 895 | 190 | 280 | 147 | 276 | 285 | 337 | -52 | 132 | 12.9% | 15.6% | 10.3% | 40 | 30% |
| Manhattan | SoHo-Little Italy-Hudson Square | 2,177 | 1,827 | 81 | 500 | 937 | 306 | 816 | 890 | -74 | 350 | 16.1% | 19.5% | 13.9% | 98 | 28% |
| Manhattan | Stuyvesant Town-Peter Cooper Village | 45 | 42 | 5 | 10 | 9 | 18 | 13 | 15 | -2 | 3 | 6.7% | 6.5% | 6.4% | 1 | 33% |
| Manhattan | Tribeca-Civic Center | 1,137 | 897 | 139 | 317 | 214 | 225 | 298 | 355 | -57 | 240 | 21.1% | 22.6% | 17.3% | 84 | 35% |
| Manhattan | Upper East Side-Carnegie Hill | 1,952 | 1,733 | 499 | 334 | 557 | 343 | 555 | 656 | -101 | 219 | 11.2% | 15.5% | 10.1% | 44 | 20% |
| Manhattan | Upper East Side-Lenox Hill-Roosevelt Island | 1,225 | 1,081 | 191 | 296 | 222 | 370 | 354 | 425 | -71 | 144 | 11.8% | 12.8% | 10.0% | 63 | 44% |
| Manhattan | Upper East Side-Yorkville | 954 | 846 | 110 | 235 | 175 | 326 | 270 | 313 | -43 | 108 | 11.3% | 14.5% | 10.4% | 24 | 22% |
| Manhattan | Upper West Side (Central) | 1,220 | 1,103 | 247 | 302 | 245 | 308 | 307 | 324 | -17 | 117 | 9.6% | 10.3% | 9.4% | 33 | 28% |



# Appendix | Neighborhood Statistics

| Borough | Neighborhood (NTA) Name | Total Storefronts | Occupied Count | Occupant Composition | | | | Openings Since Q1'20 | Closures Since Q1'20 | Net Chg. Since Q1'20 | Vacant Count | Vacancy Rate Q3 2024 | Vacancy Rate Q3 2023 | Vacancy Rate Q1 2020 | Chronic Vacancy Count | Chronic Vacancy % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Community Facilities | Food & Drink, Entertainment | Retail | Services | | | | | | | | | |
| Manhattan | Upper West Side-Lincoln Square | 762 | 701 | 174 | 174 | 151 | 201 | 174 | 189 | -15 | 61 | 8.0% | 10.5% | 9.2% | 24 | 39% |
| Manhattan | Upper West Side-Manhattan Valley | 537 | 488 | 83 | 141 | 136 | 127 | 155 | 155 | 0 | 49 | 9.1% | 10.9% | 11.1% | 11 | 22% |
| Manhattan | Washington Heights (North) | 1,068 | 993 | 186 | 177 | 341 | 289 | 321 | 310 | 11 | 75 | 7.0% | 9.0% | 10.3% | 25 | 33% |
| Manhattan | Washington Heights (South) | 1,077 | 976 | 205 | 158 | 322 | 290 | 285 | 266 | 19 | 101 | 9.4% | 10.8% | 12.5% | 44 | 44% |
| Manhattan | West Village | 1,378 | 1,216 | 93 | 484 | 366 | 267 | 491 | 491 | 0 | 162 | 11.8% | 14.6% | 13.6% | 43 | 27% |
| Queens | Astoria (Central) | 1,092 | 1,016 | 176 | 303 | 201 | 335 | 315 | 326 | -11 | 76 | 7.0% | 6.1% | 8.5% | 23 | 30% |
| Queens | Astoria (East)-Woodside (North) | 1,111 | 1,000 | 96 | 225 | 266 | 400 | 322 | 351 | -29 | 111 | 10.0% | 10.2% | 9.2% | 36 | 32% |
| Queens | Astoria (North)-Ditmars-Steinway | 878 | 786 | 112 | 180 | 151 | 343 | 232 | 274 | -42 | 92 | 10.5% | 7.8% | 7.3% | 20 | 22% |
| Queens | Auburndale | 462 | 440 | 92 | 74 | 98 | 172 | 171 | 140 | 31 | 22 | 4.8% | 4.8% | 4.5% | 3 | 14% |
| Queens | Baisley Park | 383 | 331 | 82 | 52 | 91 | 102 | 111 | 124 | -13 | 52 | 13.6% | 11.2% | 10.3% | 19 | 37% |
| Queens | Bay Terrace-Clearview | 163 | 146 | 19 | 39 | 40 | 48 | 39 | 54 | -15 | 17 | 10.4% | 3.3% | 1.8% | | 0% |
| Queens | Bayside | 489 | 468 | 92 | 143 | 87 | 146 | 152 | 153 | -1 | 21 | 4.3% | 5.1% | 4.3% | 4 | 19% |
| Queens | Bellerose | 220 | 202 | 39 | 42 | 47 | 74 | 90 | 85 | 5 | 18 | 8.2% | 9.9% | 4.4% | 2 | 11% |
| Queens | Breezy Point-Belle Harbor-Rockaway Park-Broad Channel | 260 | 244 | 57 | 51 | 63 | 72 | 75 | 69 | 6 | 16 | 6.2% | 6.0% | 6.6% | 2 | 13% |
| Queens | Cambria Heights | 192 | 171 | 51 | 29 | 39 | 51 | 58 | 57 | 1 | 21 | 10.9% | 13.4% | 12.8% | 10 | 48% |
| Queens | College Point | 383 | 330 | 45 | 59 | 95 | 129 | 127 | 153 | -26 | 53 | 13.8% | 15.3% | 8.0% | 11 | 21% |
| Queens | Corona | 735 | 699 | 106 | 129 | 219 | 238 | 199 | 185 | 14 | 36 | 4.9% | 4.7% | 4.2% | 10 | 28% |
| Queens | Douglaston-Little Neck | 275 | 260 | 44 | 71 | 59 | 85 | 106 | 94 | 12 | 15 | 5.5% | 6.9% | 7.1% | 2 | 13% |
| Queens | East Elmhurst | 343 | 326 | 64 | 54 | 82 | 125 | 86 | 73 | 13 | 17 | 5.0% | 3.2% | 5.7% | 5 | 29% |
| Queens | East Flushing | 309 | 288 | 75 | 51 | 58 | 101 | 93 | 89 | 4 | 21 | 6.8% | 6.1% | 7.8% | 1 | 38% |
| Queens | Elmhurst | 1,577 | 1,455 | 363 | 311 | 362 | 442 | 492 | 440 | 52 | 122 | 7.7% | 7.6% | 7.8% | 38 | 31% |
| Queens | Far Rockaway-Bayswater | 412 | 365 | 100 | 43 | 122 | 98 | 126 | 128 | -2 | 47 | 11.4% | 9.1% | 9.0% | 18 | 38% |
| Queens | Flushing-Willets Point | 2,065 | 1,958 | 341 | 368 | 609 | 616 | 789 | 573 | 216 | 107 | 5.2% | 5.8% | 5.6% | 47 | 44% |
| Queens | Forest Hills | 1,098 | 1,042 | 285 | 216 | 254 | 283 | 352 | 374 | -22 | 56 | 5.1% | 4.8% | 5.8% | 10 | 18% |
| Queens | Fresh Meadows-Utopia | 223 | 207 | 34 | 59 | 52 | 61 | 71 | 76 | -5 | 16 | 7.2% | 3.5% | 4.8% | | 0% |
| Queens | Glen Oaks-Floral Park-New Hyde Park | 205 | 188 | 35 | 56 | 45 | 52 | 77 | 73 | 4 | 17 | 8.3% | 8.2% | 4.2% | 2 | 12% |
| Queens | Glendale | 538 | 477 | 99 | 49 | 145 | 179 | 160 | 180 | -20 | 61 | 11.3% | 11.1% | 10.7% | 17 | 28% |
| Queens | Hollis | 402 | 350 | 96 | 48 | 80 | 123 | 158 | 158 | 0 | 52 | 12.9% | 12.5% | 13.9% | 20 | 38% |
| Queens | Howard Beach-Lindenwood | 266 | 241 | 50 | 59 | 59 | 73 | 57 | 65 | -8 | 25 | 9.4% | 13.3% | 7.8% | 6 | 24% |
| Queens | Jackson Heights | 1,455 | 1,376 | 216 | 217 | 488 | 353 | 405 | 406 | -1 | 79 | 5.4% | 5.6% | 4.6% | 13 | 16% |
| Queens | Jamaica | 1,755 | 1,584 | 218 | 219 | 584 | 548 | 498 | 498 | 0 | 171 | 9.7% | 9.7% | 11.6% | 43 | 27% |
| Queens | Jamaica Estates-Holliswood | 240 | 224 | 52 | 41 | 63 | 68 | 78 | 81 | -3 | 16 | 6.7% | 6.6% | 10.5% | 5 | 31% |
| Queens | Jamaica Hills-Briarwood | 282 | 269 | 47 | 50 | 78 | 92 | 67 | 68 | -1 | 13 | 4.6% | 4.6% | 6.3% | 5 | 38% |
| Queens | Kew Gardens | 262 | 226 | 44 | 45 | 65 | 68 | 71 | 75 | -4 | 36 | 13.7% | 10.7% | 9.8% | 12 | 33% |
| Queens | Kew Gardens Hills | 267 | 235 | 61 | 47 | 75 | 50 | 61 | 77 | -16 | 32 | 12.0% | 6.3% | 6.0% | 10 | 31% |
| Queens | Laurelton | 305 | 273 | 52 | 53 | 73 | 94 | 114 | 109 | 5 | 32 | 10.5% | 7.5% | 8.3% | 8 | 25% |
| Queens | Long Island City-Hunters Point | 803 | 727 | 101 | 181 | 107 | 335 | 178 | 136 | 42 | 76 | 9.5% | 9.1% | 10.6% | 51 | 67% |
| Queens | Maspeth | 778 | 712 | 78 | 109 | 166 | 339 | 270 | 230 | 40 | 66 | 8.5% | 4.6% | 7.3% | 17 | 26% |
| Queens | Middle Village | 381 | 344 | 59 | 60 | 82 | 141 | 125 | 126 | -1 | 37 | 9.7% | 8.3% | 7.3% | 12 | 32% |
| Queens | Murray Hill-Broadway Flushing | 729 | 693 | 124 | 203 | 151 | 206 | 215 | 235 | -20 | 36 | 4.9% | 5.0% | 4.7% | 5 | 14% |

Source: Live XYZ 2020 Q1 to 2024 Q3; storefronts only



# Appendix | Neighborhood Statistics

| Borough | Neighborhood (NTA) Name | Total Storefronts | Occupied Count | Occupant Composition | | | | Openings Since Q1'20 | Closures Since Q1'20 | Net Chg. Since Q1'20 | Vacant Count | Vacancy Rate Q3 2024 | Vacancy Rate Q3 2023 | Vacancy Rate Q1 2020 | Chronic Vacancy Count | Chronic Vacancy % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Community Facilities | Food & Drink, Entertainment | Retail | Services | | | | | | | | | |
| Queens | North Corona | 735 | 689 | 115 | 85 | 261 | 224 | 197 | 182 | 15 | 46 | 6.3% | 6.3% | 7.4% | 23 | 50% |
| Queens | Oakland Gardens-Hollis Hills | 151 | 143 | 28 | 41 | 32 | 42 | 47 | 50 | -3 | 8 | 5.3% | 5.3% | 2.6% | 5 | 60% |
| Queens | Old Astoria-Hallets Point | 255 | 213 | 41 | 32 | 49 | 88 | 66 | 69 | -3 | 42 | 16.5% | 21.4% | 18.3% | 25 | 60% |
| Queens | Ozone Park | 338 | 309 | 31 | 59 | 84 | 131 | 93 | 94 | -1 | 29 | 8.6% | 4.4% | 6.0% | 10 | 34% |
| Queens | Ozone Park (North) | 427 | 378 | 82 | 51 | 91 | 148 | 102 | 125 | -13 | 49 | 11.5% | 6.5% | 8.1% | 14 | 29% |
| Queens | Pomonok-Electchester-Hillcrest | 270 | 246 | 63 | 39 | 68 | 76 | 73 | 75 | -2 | 24 | 8.9% | 8.9% | 7.4% | 9 | 38% |
| Queens | Queens Village | 651 | 595 | 119 | 88 | 142 | 243 | 231 | 223 | 8 | 56 | 8.6% | 9.4% | 10.6% | 20 | 36% |
| Queens | Queensboro Hill | 145 | 138 | 43 | 29 | 34 | 31 | 58 | 28 | 30 | 7 | 4.8% | 4.1% | 7.6% | 2 | 29% |
| Queens | Queensbridge-Ravenswood-Dutch Kills | 944 | 798 | 97 | 100 | 126 | 461 | 191 | 215 | -24 | 146 | 15.5% | 13.8% | 11.9% | 49 | 34% |
| Queens | Rego Park | 428 | 401 | 117 | 70 | 94 | 117 | 99 | 102 | -3 | 27 | 6.3% | 7.0% | 8.2% | 11 | 41% |
| Queens | Richmond Hill | 767 | 688 | 130 | 95 | 186 | 275 | 262 | 266 | -4 | 79 | 10.3% | 10.6% | 10.5% | 31 | 39% |
| Queens | Ridgewood | 1,477 | 1,346 | 176 | 282 | 429 | 454 | 479 | 481 | -2 | 131 | 8.9% | 11.8% | 10.1% | 47 | 36% |
| Queens | Rockaway Beach-Arverne-Edgemere | 255 | 223 | 60 | 49 | 64 | 50 | 77 | 84 | -7 | 32 | 12.5% | 12.0% | 9.8% | 16 | 50% |
| Queens | Rosedale | 190 | 170 | 21 | 36 | 46 | 66 | 92 | 64 | 28 | 20 | 10.5% | 6.3% | 7.7% | 4 | 20% |
| Queens | South Jamaica | 407 | 344 | 92 | 39 | 88 | 123 | 99 | 118 | -19 | 63 | 15.5% | 12.9% | 12.3% | 26 | 41% |
| Queens | South Ozone Park | 1,155 | 1,075 | 166 | 365 | 381 | 329 | 316 | 13 | | 80 | 6.9% | 6.0% | 8.2% | 31 | 39% |
| Queens | South Richmond Hill | 353 | 315 | 50 | 45 | 88 | 127 | 116 | 123 | -7 | 38 | 10.8% | 9.8% | 7.2% | 10 | 26% |
| Queens | Springfield Gardens (North)-Rochdale Village | 193 | 180 | 39 | 30 | 45 | 64 | 63 | 67 | -4 | 13 | 6.7% | 7.7% | 6.2% | 2 | 15% |
| Queens | Springfield Gardens (South)-Brookville | 217 | 179 | 20 | 25 | 27 | 105 | 75 | 89 | -14 | 38 | 17.5% | 14.0% | 7.8% | 6 | 16% |
| Queens | St. Albans | 620 | 563 | 129 | 86 | 125 | 238 | 184 | 208 | -24 | 57 | 9.2% | 7.6% | 8.1% | 17 | 30% |
| Queens | Sunnyside | 1,158 | 1,010 | 140 | 188 | 252 | 425 | 253 | 287 | -34 | 148 | 12.8% | 13.4% | 11.4% | 54 | 36% |
| Queens | Sunnyside Yards (North) | 64 | 55 | 10 | 8 | 17 | 18 | 11 | 19 | -8 | 9 | 14.1% | 10.4% | 9.9% | 5 | 56% |
| Queens | Whitestone-Beechhurst | 338 | 310 | 46 | 50 | 76 | 136 | 78 | 81 | -3 | 28 | 8.3% | 8.2% | 9.3% | 8 | 29% |
| Queens | Woodhaven | 537 | 479 | 82 | 88 | 152 | 156 | 201 | 225 | -24 | 58 | 10.8% | 9.0% | 7.1% | 20 | 34% |
| Queens | Woodside | 923 | 849 | 133 | 152 | 182 | 370 | 246 | 208 | 38 | 74 | 8.0% | 7.5% | 8.8% | 34 | 46% |
| Staten Island | Annadale-Huguenot-Prince's Bay-Woodrow | 218 | 203 | 54 | 44 | 31 | 71 | 61 | 53 | 8 | 15 | 6.9% | 7.7% | 7.5% | 5 | 33% |
| Staten Island | Arden Heights-Rossville | 100 | 94 | 12 | 24 | 17 | 41 | 21 | 23 | -2 | 6 | 6.0% | 2.0% | 4.0% | 1 | 17% |
| Staten Island | Grasmere-Arrochar-South Beach-Dongan Hills | 423 | 381 | 60 | 69 | 94 | 157 | 106 | 113 | -7 | 42 | 9.9% | 9.6% | 7.0% | 13 | 31% |
| Staten Island | Great Kills-Eltingville | 491 | 461 | 77 | 105 | 102 | 154 | 161 | 170 | -9 | 30 | 6.1% | 8.7% | 4.2% | 5 | 17% |
| Staten Island | Mariner's Harbor-Arlington-Graniteville | 314 | 285 | 27 | 55 | 85 | 116 | 116 | 110 | 6 | 29 | 9.2% | 9.7% | 13.4% | 11 | 38% |
| Staten Island | New Dorp-Midland Beach | 584 | 542 | 83 | 128 | 139 | 191 | 220 | 197 | 23 | 42 | 7.2% | 7.6% | 7.7% | 10 | 24% |
| Staten Island | New Springville-Willowbrook-Bulls Head-Travis | 453 | 413 | 95 | 95 | 129 | 115 | 126 | 127 | -1 | 40 | 8.8% | 9.0% | 5.9% | 7 | 18% |
| Staten Island | Oakwood-Richmondtown | 73 | 71 | 21 | 13 | 17 | 20 | 15 | 14 | 1 | 2 | 2.7% | 11.1% | 2.8% | 1 | 50% |
| Staten Island | Port Richmond | 502 | 442 | 82 | 65 | 137 | 155 | 143 | 138 | 5 | 60 | 12.0% | 13.1% | 12.9% | 11 | 18% |
| Staten Island | Rosebank-Shore Acres-Park Hill | 234 | 211 | 29 | 47 | 62 | 76 | 77 | 56 | 9 | 23 | 9.8% | 6.6% | 8.0% | 5 | 22% |
| Staten Island | St. George-New Brighton | 297 | 262 | 66 | 52 | 74 | 69 | 81 | 72 | 9 | 35 | 11.8% | 13.9% | 15.7% | 18 | 51% |
| Staten Island | Todt Hill-Emerson Hill-Lighthouse Hill-Manor Heights | 163 | 154 | 34 | 41 | 33 | 45 | 49 | 43 | 6 | 9 | 5.5% | 4.2% | 5.0% | 0 | 0% |
| Staten Island | Tompkinsville-Stapleton-Clifton-Fox Hills | 404 | 335 | 65 | 48 | 103 | 108 | 89 | 98 | -9 | 69 | 17.1% | 16.5% | 13.8% | 24 | 35% |
| Staten Island | Tottenville-Charleston | 445 | 426 | 55 | 97 | 120 | 162 | 162 | 148 | 19 | 19 | 4.2% | 7.6% | 8.2% | 9 | 33% |
| Staten Island | West New Brighton-Silver Lake-Grymes Hill | 416 | 395 | 100 | 75 | 88 | 129 | 126 | 114 | 12 | 21 | 5.0% | 6.4% | 6.2% | 8 | 38% |
| Staten Island | Westerleigh-Castleton Corners | 480 | 450 | 80 | 105 | 111 | 151 | 162 | 152 | 10 | 30 | 6.3% | 5.8% | 6.0% | 4 | 13% |



# Appendix | Term Definitions

**Spaces** represent physical locations in the Live XYZ data that are geotagged by the coordinates of their main entrance and marked as occupied or vacant. Spaces statuses are verified every 90 days.

**Storefronts** are defined by Live XYZ as having a ground-floor entrance (or partially above or below) and may not be a "storefront" in the traditional sense. Some examples include:

- Street-level retail/commercial space
- Museums, universities, other institutions
- Some warehouses and industrial spaces
- *May not include malls or other interior spaces*

**Occupants** represent the use documented as filling a space. Occupants can include a mix of commercial and non-commercial activity. Each occupant is assigned a unique ID. Occupant statuses are verified every 90 days.



# Appendix | Metric Definitions

**Vacancy Rate:** The percentage of storefront spaces classified as unoccupied within a given geography at a given point in time. This figure excludes storefront spaces under construction or where a new tenant is coming soon.

**Chronic Vacancy:** A storefront space is chronically vacant if that space was classified as vacant across all data collection periods since Q1 2020. Due to data collection being paused during the Covid-19 pandemic, DCP cannot determine whether any chronically vacant storefront may have become occupied and then vacant again between Q1 2020 and when data collection resumed in Q3 2023.

**Openings/Closures:** Openings represent new businesses being added to the dataset, and closures represent a business being removed from the dataset. These are based on surveyors' observations during the ground survey.

**Turnover Rate:** The percentage of storefront spaces with a change in occupant or occupancy status over a given timeframe (in this report, Q3 2023 to Q3 2024). For instance, a space that's home to one restaurant becoming occupied by another restaurant would be counted towards turnover, as would a vacant storefront becoming occupied or an occupied storefront becoming vacant. Excluded from this figure are newly-created storefront spaces as well as those removed from the dataset (i.e. demolished or converted).



# Appendix | Geography Definitions

**Neighborhood Tabulation Area (NTA):** A City Planning-developed geography, NTAs are approximations of New York City neighborhoods, primarily used to report Decennial Census and ACS data. NTAs are aggregations of census tracts and nest within Community District Tabulation Areas (CDTAs). NTA boundaries and their associated names may not definitively represent neighborhoods, nor are they meant to be exhaustive of all possible neighborhood names. To explore these geographies, see NYC Population FactFinder at popfactfinder.planning.nyc.gov.

**Previously-surveyed Retail Corridors (slide 12):** See report for exact geographies: "Retail Activity in NYC: COVID Recovery Across 24 Neighborhoods", NYC Department of City Planning, September 2020.

**NYCDOT Open Streets:** New York City's Open Streets program transforms streets into public spaces open to all. These public spaces allows a variety of activities including education and cultural programming as well as building communities. For more information please visit: https://www.nyc.gov/html/dot/html/pedestrians/openstreets.shtml. Data provided by the NYC Department of Transportation (DOT). Locations obtained using NYC OpenData.

**Business Improvement Districts (BIDs):** (BIDs) create vibrant, clean, and safe districts. They deliver services and improvements above and beyond those typically provided by the City. The NYC Department of Small Business Services (SBS) provides oversight and support to the city's existing BIDs and to communities interested in creating new BIDs. Shapefiles obtained using NYC OpenData.

**Placer.ai activity geographies (slide 34):** Geographies consist of custom aggregations of business districts. For more detail, see "New New York: Making New York Work for Everyone," December 2022, pg. 30.

 Text source: NYC Population FactFinder