

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 13, 2024

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

      Re:    *New Yorkers Against Congestion Pricing Tax, et al. v. U.S. Dep't of Tansp., et al.*, No. 24 Civ. 367 (LJL)

Dear Judge Liman:

      We write on behalf of the Federal Defendants to respectfully request that the Court enter judgment in the Federal Defendants' favor on Count II of the plaintiffs in the above-referenced matter's (the "*NYACPT* Plaintiffs") complaint, which asserts a failure-to-supplement claim against the Federal Defendants under the National Environmental Policy Act ("NEPA"). *See* Dkt. No. 54 ¶¶ 169-76. In its June opinion, the Court deferred ruling on this claim "pending supplemental briefing on the [Federal Highway Administration's] June 14, 2024 reevaluation" of the environmental review at issue in this lawsuit. Dkt. No. 86 at 113. The Court endorsed a schedule requiring the *NYACPT* Plaintiffs to submit that supplemental briefing by December 2, 2024, *see* Dkt. No. 119, but the *NYACPT* Plaintiffs failed to do so, instead choosing to only move on their State Administrative Procedure Act claims, *see* Dkt. No. 121. For the reasons stated in the Federal Defendants' motion for summary judgment in the *Chan* matter, the *NYACPT* Plaintiffs' remaining NEPA claim is without merit and should be dismissed. *See generally* No. 23 Civ. 10365 (LJL), Dkt. No. 146. On Wednesday, the Federal Defendants requested that the *NYACPT* Plaintiffs voluntarily dismiss this claim, but they have not responded to the Federal Defendants' request.

      Thank you for your consideration of this matter.

                          Respectfully,

                          DAMIAN WILLIAMS
                        United States Attorney

              By:    */s/ Dominika Tarczynska*
                        ZACHARY BANNON
                        DOMINIKA TARCZYNSKA
                        Assistant United States Attorneys
                        Tel. (212) 637-2728/2748