AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| New Yorkers Against Congestion Pricing Tax et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-00367-LJL |
| U.S. Depart. of Transport. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York State Department of Transportation (Defendant)                                      .

Date:      06/13/2025

/s Mihir A. Desai
*Attorney's signature*

Mihir A. Desai / MD8961
*Printed name and bar number*

New York State Attorney General's Office
28 Liberty Street
New York, NY 10005

*Address*

mihir.desai@ag.ny.gov
*E-mail address*

(212) 416-8478
*Telephone number*

(212) 416-6007
*FAX number*