# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-10365-LJL |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| MICHAEL MULGREW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-1644-LJL |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| NEW YORKERS AGAINST CONGESTION ) | |
| PRICING TAX, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-367-LJL |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TRUCKING ASSOCIATION OF NEW YORK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN TRANSPORTATION ) <br> AUTHORITY, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> LETITIA JAMES, Attorney General of the ) <br> State of New York, ) <br> ) <br> Intervenor. ) | No. 1:24-CV-4111-LJL |
| METROPOLITAN TRANSPORTATION ) <br> AUTHORITY, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> NEW YORK STATE DEPARTMENT OF ) <br> TRANSPORTATION, *et al.* ) <br> ) <br> Intervenor- ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SEAN DUFFY, in his official capacity as ) <br> Secretary of the United States Department of ) <br> Transportation, *et al.* ) <br> ) <br> Defendants. ) | No. 1:25-cv-1413-LJL |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4(b), I, Andrew G. Frank, hereby state that on June 16, 2025 I served the Notice of Motion and Motion for Leave to Withdraw [*Chan* ECF No. 181; *Mulgrew* ECF No. 164; *New Yorkers Against* ECF No. 149; *Trucking Association* ECF No. 109; *Metropolitan Transportation Authority v. Duffy* ECF No.

2

140] on defendant Stephanie Winkelhake (in case nos. 1:23-cv-10365-LJL, 1:24-cv-1644-LJL), defendant Nicholas Choubah (in case no. 1:23-cv-10365-LJL), intervenor Letitia James (in case no. 1:24-cv-4111-LJL), defendant New York State Department of Transportation ("State DOT") (in case nos. 1:25-cv-367-LJL, 1:25-1644-LJL) and intervenor-plaintiff State DOT (in case no. 1:25-cv-1413-LJL) by first-class mail and e-mail at the following addresses:

| | |
|---|---|
| The New York State Department of Transportation, Stephanie Winkelhake and Nicholas Choubah    : | Timothy Lennon<br>Assistant Commissioner and General Counsel<br>New York State Department of Transportation<br>50 Wolf Road<br>Albany, NY  12232<br>timothy.lennon@dot.ny.gov |
| Letitia James: | Mihir Desai<br>Assistant Attorney General<br>New York State Attorney General's Office<br>28 Liberty Street<br>New York, NY 10005<br>mihir.desai@ag.ny.gov |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2025

                         */s/ Andrew G. Frank*
                         Andrew G. Frank
                         Assistant Attorney General
                         New York State Attorney General's Office
                         28 Liberty Street
                         New York, NY  10005
                         Telephone:  212-416-8271
                         E-mail:  andrew.frank@ag.ny.gov