USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*,

        Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

        Defendants.

24-cv-367 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On July 8, 2025, the Court ordered Plaintiffs to show cause by July 11, 2025 why the Court should not enter judgment for Defendants. Dkt. No. 153. Plaintiffs did not show cause by that date.

The Clerk of Court is respectfully directed to enter judgment for Defendants in the above-captioned action.

SO ORDERED.

Dated: July 14, 2025
      New York, New York

                                       LEWIS J. LIMAN
                                       United States District Judge