**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NEW YORKERS AGAINST CONGESTION
PRICING TAX, et al.,

                              Plaintiffs,

    -against-                                      24 **CIVIL** 0367 (LJL)

                                                                   **<u>JUDGMENT</u>**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2025, On July 8, 2025, the Court ordered Plaintiffs to show cause by July 11, 2025 why the Court should not enter judgment for Defendants. Dkt. No. 153. Plaintiffs did not show cause by that date. Judgment entered for Defendants in the above-captioned action.

**Dated:**  New York, New York

        July 14, 2025

                                                                    **TAMMI M. HELLWIG**

                                                                     **Clerk of Court**

                                      **BY:**

                                                                         **Deputy Clerk**